UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                         CASE NO. 8:11-CR-14-T-33AEP

SCOTT ALLAN BENNETT

## STIPULATION TO THE FACTS CONCERNING THE DEFENDANT'S MOTION TO SUPPRESS

The United States of America, by Robert E. O'Neill, United States Attorney for the Middle District of Florida, by and through the undersigned Assistant United States Attorney, hereby submits this stipulation to the facts concerning the defendant's Motion to Suppress (Dkt. No. 23) and states as follows:

1. On March 8, 2011, the defendant filed a motion to suppress in this matter. The government responded in opposition on March 22, 2011. The government stated in its motion that it did not oppose the facts as set forth in the defendant's motion. (Dkt. No. 25 at 1 n.1.)

2. A hearing was held concerning the motion to suppress on April 12, 2011. At that hearing, the parties orally agreed to stipulate to the facts set forth in the defendant's brief.

3. On April 14, 2011, the undersigned spoke to defense counsel, Mr. David F. Chalela, Esq., regarding whether he agreed to stipulate to the facts set forth in the government's response to his motion to suppress for purposes of this motion. Mr. Chalela agreed to such stipulation. The undersigned also sent Mr. Chaleal a copy of this stipulation, and Mr. Chalela has reviewed and agrees to this written stipulation.

4. Therefore, counsel to both parties mutually agree that the facts as they are set forth in the defendant's Motion to Suppress (Dkt. No. 23) and the Government's Response in Opposition (Dkt. No. 25) are stipulated to by the parties for the purposes of resolving the Motion to Suppress.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By: *s/Sara C. Sweeney*
SARA C. SWEENEY
Assistant United States Attorney
United States Attorney No. 0000119
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6178
E-mail: sara.sweeney@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

David F. Chalela, Esq.

Ariel O. Garcia, Esq.

By: *s/Sara C. Sweeney*
SARA C. SWEENEY
Assistant United States Attorney
United States Attorney No. 0000119
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:  (813) 274-6000
Facsimile:  (813) 274-6178
E-mail:  sara.sweeney@usdoj.gov