UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                        CASE NO.  8:11-cr-14-T-33AEP

SCOTT ALLAN BENNETT

**GOVERNMENT'S MOTION TO ALLOW LAPTOP COMPUTER
AND CELLULAR TELEPHONE IN UNITED STATES COURTHOUSE**

The United States of America, by its undersigned attorney, hereby respectfully files its Motion to allow a laptop computer and cellular telephone to be brought into the United States Courthouse in Tampa, Florida, for use in trial proceedings and, in support thereof, states as follows:

1. Trial is set to begin on July 18, 2011.

2. The United States is planning to present evidence at trial through the use of a laptop computer.

3. The use of the computer will facilitate the Government's presentation.

4. Although the Local Rules governing the United States District Court for the Middle District of Florida prohibit the use of laptop computers in the Courthouse, the presentation of evidence at trial will be greatly enhanced by the use of the laptop computer.

5. In addition, the availability of the cellular telephone (which is to be turned off while the court is in session) will allow the case agent to coordinate during recess with the many witnesses in this case.

WHEREFORE, the government hereby requests that Local Rule of Procedure 4.11 be waived and that the government be permitted to bring a laptop computer and cellular telephone into the courthouse for purposes of presenting evidence at trial.

          Respectfully submitted,

          ROBERT E. O'NEILL
          United States Attorney


By:   *s/ Sara C. Sweeney*
      SARA C. SWEENEY
      Assistant United States Attorney
      USA No. 0000119
      400 North Tampa Street, Suite 3200
      Tampa, Florida  33602
      Telephone:  (813) 274-6000
      Facsimile:  (813) 274-6178
      E-mail:  sara.sweeney@usdoj.gov

| | |
|---|---|
| U.S. v. Scott Allan Bennett | Case No. 8:11-cr-14-T-33AEP |

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

David F. Chalela, Esquire

Ariel O. Garcia, Esquire

*s/ Sara C. Sweeney*
SARA C. SWEENEY
Assistant United States Attorney
USA No. 0000119
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6178
E-mail:   sara.sweeney@usdoj.gov