UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:11-cr-14-T-33AEP

SCOTT ALLAN BENNETT

## BILL OF PARTICULARS
(Forfeiture)

COMES NOW the United States of America, by and through the

undersigned Assistant United States Attorney, and pursuant to Rule 32.2(a) of

the Federal Rules of Criminal Procedure, particularly alleges that the following

property is subject to forfeiture, pursuant to the provisions of 18 U.S.C. §

924(d)(1), 50 U.S.C. App'x § 16(c), and 28 U.S.C. § 2461(c), on the basis of the

allegations set forth in the "Forfeiture" section of the Superseding Indictment

(Doc. 40) filed in the above-styled criminal case:

1.    a Ruger LCP .380 semi automatic pistol, serial number
      372-34053;

2.    a Smith and Wesson .357 Magnum revolver, serial number
      CEC1916649-3;

3.    a Walther P22, .22 caliber pistol, serial number L224436;

4.    an Arsenal Inc. SASM7 semiautomatic rifle, serial number
      AD050917;

5.    a Mossberg 500 12 gauge shotgun, serial number R454611;

6.    a Marlin Firearms Company 83TS .22 caliber rifle,
      serial number 98607726;

7.      a Berretta 9mm pistol, model 8000 Cougar F, serial number 002352MC;

8.      a North American Arms Snake Eyes .22 caliber revolver, serial number R12471;

9.      a Kimber Pro CDP II .45 caliber pistol, serial number KR27607;

10.     a Kimber Ultra Carry II .45 caliber pistol, serial number KU61387; and

11.     9,432 rounds of assorted ammunition.[1]

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney


By:     *s/Josephine W. Thomas*
        JOSEPHINE W. THOMAS
        Assistant United States Attorney
        Florida Bar Number 31435
        400 North Tampa Street, Suite 3200
        Tampa, Florida  33602
        (813) 274-6000 - telephone
        (813) 274-6220 - facsimile
        E-mail: josie.thomas@usdoj.gov

---

[1] This figure includes the approximately 36 rounds of assorted ammunition alleged subject to forfeiture as to Count Three of the Superseding Indictment.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 11, 2011, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice

of electronic filing to the following:

Sara C. Sweeney
Assistant United States Attorney

David Chalela, Esquire

Ariel Garcia, Esquire

*s/Josephine W. Thomas*
JOSEPHINE W. THOMAS
Assistant United States Attorney