# EXHIBIT 1

1


TRANSCRIPTION OF


OFFICER JOSEPH SUSTEK'S DASHBOARD CAMERA


APRIL 23, 2010


STARTING AT 02:56:43 AND ENDING AT 03:06:54


OF SCOTT ALLAN BENNETT


Transcribed by
Janice L. Johnston, RMR
Court Reporter
Notary Public, State of Florida

ORIGINAL

```
                                                              2
 1                        - - - - -
 2             OFFICER SUSTEK:  Morning, sir.  Can I talk to you
 3   for a second, please?
 4             MR. BENNETT:  Yes.
 5             OFFICER SUSTEK:  How you doing today?
 6             MR. BENNETT:  Good.
 7             OFFICER SUSTEK:  Is this your -- do you live here
 8   in Florida?  I see you have --
 9             MR. BENNETT:  Yeah.
10             OFFICER SUSTEK:  -- a Virginia license?
11             MR. BENNETT:  Yeah.
12             OFFICER SUSTEK:  Where at in Florida do you live?
13             MR. BENNETT:  I just moved down here the first of
14   February.
15             OFFICER SUSTEK:  Okay.
16             MR. BENNETT:  So they had told me I do not need a
17   Florida license and that license is sufficient.
18             OFFICER SUSTEK:  Okay.  Well, I'm just asking
19   because you have an out-of-state license.
20             MR. BENNETT:  I know.  I know.
21             OFFICER SUSTEK:  I was carrying on a
22   conversation.
23             MR. BENNETT:  I left Virginia today and was
24   supposed to go to Cocoa Beach and transition the
25   (indecipherable) --
```

1    OFFICER SUSTEK:  I take it --

2    MR. BENNETT:  -- and that is all sorts of
3 problems --

4    OFFICER SUSTEK:  Not a problem.

5    MR. BENNETT:  -- taking a --

6    OFFICER SUSTEK:  Nothing's ever easy, is it?

7    MR. BENNETT:  Well, it's kind of a pain because
8 it's sort of been kind of why the reason I was doing all
9 sorts of (indecipherable) --

10   OFFICER SUSTEK:  Sir, I don't understand
11 100 percent of the rules, but I notice you're entering a
12 military installation, they have a right to check your
13 vehicle.

14   MR. BENNETT:  They do.  They do.  I'm glad they
15 do actually.

16   OFFICER SUSTEK:  So anyway, my name's
17 Officer Sustek, I'm with the Tampa Police Department.  The
18 security police officers that have spoken with you, have
19 asked me to come out and make sure you're not driving while
20 impaired.  Okay?  Is that cool with you?

21   MR. BENNETT:  Sure.

22   OFFICER SUSTEK:  All right.  Do you mind
23 performing any field sobriety exercises for me?

24   MR. BENNETT:  No.  No.

25   OFFICER SUSTEK:  Okay.  Do you have any medical

4

1  problems? Injuries?
2      MR. BENNETT: No. No. No.
3      OFFICER SUSTEK: Diabetic?
4      MR. BENNETT: No.
5      OFFICER SUSTEK: Come on over here, I want to
6  talk to you.
7      Do you wear any contact lenses?
8      MR. BENNETT: Pardon me?
9      OFFICER SUSTEK: Do you wear any contact lenses?
10     MR. BENNETT: No.
11     OFFICER SUSTEK: Any problems with your eyes at
12 all?
13     MR. BENNETT: No.
14     OFFICER SUSTEK: Okay. Your feet together and
15 your arms down by your side.
16     You don't have to stand at attention, just relax.
17     I want you to stand just like this right here
18 (indicating). Okay?
19     MR. BENNETT: Okay.
20     OFFICER SUSTEK: This light right here on top of
21 this pen?
22     MR. BENNETT: Yep.
23     OFFICER SUSTEK: I want you to follow it with
24 your eyes, and your eyes only, without turning your head.
25 Okay?

1   MR. BENNETT: Yep.

2   (Officer Sustek performs examination with pen.)

3   OFFICER SUSTEK: Come stand right here for me,
4   please, sir. I want you to stand right here. I want you
5   to face this direction.

6   Wait right there, I'll be right with you. Okay?

7   (Car Computer: Zoom in.)

8   OFFICER SUSTEK: All right, sir. We're going to
9   use this for a line right here. Okay? Just put your left
10  foot on the line and your right foot in front of it,
11  standing here together just like I'm doing.

12  Right foot in front of the left, sir.

13  Relax. Relax a second. Here's what I want you
14  to do, sir. I want you to put your left foot on this line
15  right here.

16  MR. BENNETT: Uh-huh (indicating affirmatively.)

17  OFFICER SUSTEK: Put your left foot there for
18  me --

19  MR. BENNETT: Okay.

20  OFFICER SUSTEK: -- on the line, and then your
21  right foot in front of it. Stand here with your toes just
22  like that. Drop your arms down by your side. I want you
23  to hold that position, I don't want you walking or anything
24  until I completely explain the exercise and demonstrate it
25  for you. Okay?

6

1   MR. BENNETT: Yep.
2   OFFICER SUSTEK: All right, sir. What you're
3   going to do is you're going to walk nine heel-to-toe steps
4   on this line.
5   Not yet, sir. Remember I want you to hold still.
6   Like I said, sir, after I go over the exercise
7   and demonstrate it, you'll walk nine heel-to-toe steps on
8   this line. Keep your arms down by your side, you'll look
9   down at your feet, and you'll count out loud.
10   After your ninth step, you're going to turn
11   around, face the direction behind you. You're going to
12   walk nine more heel-to-toe steps, arms down by your side,
13   watching your feet, and counting out loud.
14   MR. BENNETT: Nine total?
15   OFFICER SUSTEK: Yes, sir. Nine -- well, nine
16   there and nine back, so 18 total.
17   MR. BENNETT: Nine there and back.
18   OFFICER SUSTEK: Once you start walking, you're
19   not going to stop until all the steps are completed.
20   I'm going to give you a demonstration. Your
21   first step you bring that left foot around, one, two,
22   three, you're going to go all the way to the number nine.
23   After your ninth step, your front foot remains in
24   place on the line, bring your back foot out next to it, a
25   series of small steps turning yourself in the opposite

1  direction, and then one, two, three, all the way to nine
2  back up the same line.  Okay?
3           MR. BENNETT:  Okay.
4           OFFICER SUSTEK:  Any questions before you begin?
5           MR. BENNETT:  Nope.
6           OFFICER SUSTEK:  Begin whenever you're ready.
7           (Mr. Bennett doing the heel-to-toe steps.)
8           OFFICER SUSTEK:  Okay.  Come stand right here for
9  me.  Relax.  It isn't drill and ceremony, sir, it's just a
10 (indecipherable) --
11          You're going to face my vehicle for me.  Okay?
12          MR. BENNETT:  Yes.
13          OFFICER SUSTEK:  Next thing I'm going to ask you
14 to do is take either your left leg or your right leg,
15 whichever one you feel most comfortable using, and what
16 you're going to do is you're going to raise that leg about
17 six inches off the ground, just like I'm doing.
18          MR. BENNETT:  Okay.
19          OFFICER SUSTEK:  You're going to keep your arms
20 down by your side.
21          MR. BENNETT:  Yep.
22          OFFICER SUSTEK:  You can look down at the leg you
23 have raised up.  You're going to count out loud by one
24 thousands.  1,001, 1,002, 1,003, 1,004, and keep counting
25 until I ask you to stop.  Okay?

```
 1              MR. BENNETT: Okay.
 2              OFFICER SUSTEK: Continue for 30 seconds and I'm
 3    going to time it.
 4              MR. BENNETT: Okay.
 5              OFFICER SUSTEK: While counting, if you put your
 6    leg down, you just pick it back up again and start over
 7    whatever number you left off at. Just make sure that leg's
 8    about six inches off the ground, your arms are by your
 9    side, and you're looking down at it while you're counting
10    out loud.
11              MR. BENNETT: I can do that.
12              OFFICER SUSTEK: Any questions before you begin,
13    sir?
14              MR. BENNETT: Nope.
15              OFFICER SUSTEK: Whenever you're ready.
16    Count out loud.
17              MR. BENNETT: One-1,000, two-1,000, three-1,000,
18    four-1,000, five-1,000, six-1,000.
19              OFFICER SUSTEK: Keep counting, sir.
20              MR. BENNETT: What number was I on?
21    Oops.
22              OFFICER SUSTEK: Keep going.
23              MR. BENNETT: One-1,000, two-1,000, three-1,000,
24    four-1,000, five-1,000, six-1,000, seven-1,000,
25    eight-1,000, nine-1,000, ten-1,000, eleven-1,000,
```

9

1  twelve-1,000, thirteen-1,000, fourteen-1,000,
2  fifteen-1,000, fourteen-1,000 --
3       OFFICER SUSTEK:  Okay.  Stop counting.  Put your
4  leg down.
5       Okay.  Turn around, sir.  Let me bring your arms
6  back behind you like this right there.  At this time I'm
7  going to place you under arrest for driving under the
8  influence.
9       What time you supposed to be at work?
10      MR. BENNETT:  Tomorrow around 8:00 a.m.
11      OFFICER SUSTEK:  Well, it is tomorrow, sir.
12      MR. BENNETT:  Really?
13      OFFICER SUSTEK:  You're supposed to be to work at
14  8:00 a.m., you're getting an early start at 3:00 a.m.,
15  coming in five hours early.
16      Come over here.
17      Are you still active duty or are you a civilian
18  now?
19      MR. BENNETT:  Reserve.
20      OFFICER SUSTEK:  Active-duty Reserve or --
21      MR. BENNETT:  Active-duty Reserve.  I came up
22  from the (indecipherable) --
23      OFFICER SUSTEK:  Okay.
24      MR. BENNETT:  I have a weapon.
25      OFFICER SUSTEK:  What kind of weapon?

Case 8:11-cr-00014-VMC-AEP   Document 63-1   Filed 07/13/11   Page 11 of 12 PageID 379

```
                                                              10
```

1        MR. BENNETT: A .380.

2        OFFICER SUSTEK: Nice.

3        (Officer Sustek whistling.) Hey, guys.

4        OFFICER SUSTEK: Carry it on base?

5        MR. BENNETT: Yeah.

6        OFFICER SUSTEK: I guess lucky for us you're not

7  a violent person, huh?

8        All right. Come on.

9        I missed anything else?

10       MR. BENNETT: No.

11       OFFICER SUSTEK: I got everything?

12       MR. BENNETT: Nope, you got everything.

13       OFFICER SUSTEK: All right, man.

14       MR. BENNETT: I'm wondering what's going to

15 happen to my car?

16       OFFICER SUSTEK: I think your car's the least of

17 your problems right now, sir.

18       - - - - -

19

20

21

22

23

24

25

11

                    CERTIFICATE OF REPORTER

   I certify that the foregoing is a true and correct transcript of the video recording of the above-entitled matter.

_____      April 26, 2011
JANICE L. JOHNSTON, RMR        DATE
COURT REPORTER