# EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Crim. No. 08-35 (M) |
| SCOTT ALLEN BENNETT, | : | |
| Defendant. | : | |

FILED

AUG 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Scott Allen Bennett, stipulate and agree that the following facts are true. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that the defendant committed the offenses to which he is pleading guilty.

Scott Allen Bennett had an internet-based relationship with Kaleigh Pretorius, a citizen of South Africa. On or about December 1, 2006, Ms. Pretorius applied for a U.S. non-immigrant visa, indicating in her application that she wanted to visit relatives in California and a friend named Scott Allen Bennett, whom she met on the Internet. When she was denied a visa due to a lack of strong ties to South Africa, she expressed to Scott Allen Bennett her interest in traveling to Washington, D.C. for an internship sponsored by the Ronald Reagan Public Policy Institute (RRPPI). At that point, the internship did not exist.

On or about December 6, 2006, Scott Allen Bennett, was within the District of Columbia when he contacted the Executive Office of the Regional Security Office, Consulate of the United States of America (Consulate) in Johannesburg, South Africa, regarding the visa application for the alleged intern identified as Kaleigh Pretorius.

Ex. 4

8

Scott Allen Bennett willfully made false and misleading representations in attempts to aid and abet entry of Kaleigh Pretorius into the United States as an intern into an internship program that did not exist. Scott Allen Bennett told Consulate personnel, through electronic mail that he was a Senior Fellow with the RRPPI of International Studies, and that he worked in conjunction with the United Stated Department of State, the Executive Office of the President of the United States, the President of the United States' Advisory Committee on AIDS, the Heritage Foundation, and the Leadership Institute to teach future generations the principles of freedom, democracy, and capitalism, in order to stabilize and grow peace and security in the world at large.

Scott Allen Bennett willfully made additional false and misleading representations to Consulate personnel, by electronic mail, in which he stated that Kaleigh Pretorius was needed in Washington, D.C., by December 12, 2006, for her internship with RRPPI. Scott Allen Bennett's electronic mail also indicated that Kaleigh Pretorius would also be working with the United States President's Administration. Scott Allen Bennett also indicated, in the same electronic correspondence, that other interns had already completed the same visa process at the Consulate Offices in Durban and Cape Town, South Africa. These statements were not true.

On December 6, 2006, Kaleigh Pretorius sent four letters, written by Scott Allen Bennett on RRPPI letterhead, to the Consulate Offices at the U.S. Embassy in Johannesburg, in support of her application for reconsideration of the denial of her visa application to enter into the United States for an internship with RRPPI.

On December 8, 2006, Kaleigh Pretorius sent electronic mail to Scott Allen Bennett detailing her interview with and testimony to the Consulate Office, wherein she stated, "the only name she forgot to memorize was John Guynn." Kaleigh Pretorius also attached a copy of an essay to the electronic mail to Scott Allen Bennett, stating that she attached the essay, "just so you have an idea

9

of what they are looking at right now." Kaleigh Pretorius gave the Consulate's Office the same essay and also informed Consulate personnel that the essay was part of her application for the intership with RRPPI. Kaleigh Pretorius did not obtain a visa for travel to the United States.

Accordingly, Scott Allen Bennett did willfully attempt to aid and abet entry of Kaleigh Pretorius, an alien, into the United States by willful false and misleading representations, in violation of 8 U.S.C. § 1325 (a)(3) and 18 U.S.C. § 2.

## DEFENDANT'S ACKNOWLEDGMENT

I have read and discussed the Statement of Offense with my attorney, Jeffrey O'Toole, Esquire. I agree, and acknowledge by my signature that this Statement of Offense is true and correct.

Date: 8/22/08

Scott Allen Bennett

Date: 8/22/08

Jeffrey O'Toole, Esquire
Attorney for Scott Allen Bennett

10