UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


UNITED STATES OF AMERICA,

        Plaintiff,  __
        Government _X_

v.                                Case No.  8:11-cr-14-T-33AEP

SCOTT ALLAN BENNETT             __    Evidentiary
                                    _X_    Trial
                                    __    Other

        Defendant  __

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1a | | | Ms. Amanda Weeks; Ms. Geri Leto | Email dated 1/19/10 from Scott Allan Bennett to Amanda Weeks re: housing at MacDill Air Force Base |
| 1b | | | Ms. Geri Leto | Email string dated 2/3/10 initially from Nick Leabo to Scott Bennett re: a copy of the defendant's orders to MacDill Air Force Base |
| 1c | | | Ms. Geri Leto | Email string dated 4/9/10 initially from Nick Leabo to Scott Bennett re: picking up a package and getting a storage unit |
| 1d | | | Ms. Geri Leto | Email string ending 1/27/10 at 12:00 p.m. ending with an email from Scott Bennett to Nick Leabo re: scheduling a time to pick up keys |
| 1e | | | Ms. Geri Leto | Email string ending 1/27/10 at 12:09 p.m. ending with an email from Scott Bennett to Nick Leabo re: signing the lease and paying the initial rent |
| 1f | | | Ms. Geri Leto | Email string ending 1/27/10 at 2:44 p.m. ending with an email from Scott Bennett to Nick Leabo re: meeting on Friday |
| 1g | | | Ms. Geri Leto | Email dated 1/27/10 at 5:03 p.m. from Scott Bennett to Nick Leabo re: logistics for meeting on Friday |

| | | | | EXHIBIT LIST | | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 1h | | | Ms. Geri Leto | Email string ending 2/3/10 at 3:51 p.m. ending with an email from Scott Bennett to Nick Leabo re: a picture |
| 2a | | | Ms. Geri Leto | Email string ending 2/3/10 at 12:05 p.m. ending with an email from Rent to Leann Davis re: the defendant's rent payment |
| 2b | | | Ms. Geri Leto | Letter dated 2/3/10 from Leann Davis to Scott Bennett re: the defendant's rent payment |
| 3 | | | Ms. Geri Leto | Defendant's application for housing at Harbor Bay at MacDill Air Force Base dated 1/19/10 |
| 4 | | | Ms. Geri Leto | Defendant's lease agreement for residence at 7914 C Paul Smith Drive |
| 5 | | | Ms. Geri Leto | Residence Guidelines & Community Handbook for MacDill Air Force Base, AMC East Communities (version in effect Jan. 2010 - Apr. 2010) |
| 6 | | | Ms. Geri Leto | Move-in Check List for Scott A. Bennett dated 2/1/10 |
| 7 | | | Lt. Mark Borden | Defendant's Orders for 6/25/09 |
| 8 | | | Lt. Mark Borden | Defendant's Orders for 6/9/09 |
| 9 | | | Lt. Mark Borden | Defendant's Orders for 4/12/09 |
| 10a | | | Lt. Mark Borden | Defendant's Certificate of Release or Discharge from Active Duty (Form DD214) |
| 10b | | | Lt. Mark Borden | Defendant's Application for Appointment and Certificate of Acknowledgment and Understanding of Service Requirements for Individuals Applying for Appointment in the USAR under the Provisions of AR 136-106, or 135-101, as Applicable |
| 11 | | | Sgt. Gerrod Klein; Sgt. Garry Ortiz | Base Entry Check Form from MacDill Air Force Base |
| 12 | | | Sgt. Gerrod Klein; Sgt. Garry Ortiz | Base Entry Check Form dated 4/23/10 from MacDill Air Force Base |
| 13 A & B | | | Officer Joseph Sustek | Video and Transcript of the DUI investigation of the Defendant from 4/23/10 |
| 14 | | | Mr. Michael Bell | MacDill Air Force Base Jurisdiction Map |

| **EXHIBIT LIST** |||||
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 15a | | | Mr. Michael Bell | Easement dated 4/5/1950 regarding Dale Mabry Highway from the State Road Department of Florida to the United States of America |
| 15b | | | Mr. Michael Bell | Easement dated 9/1/1999 regarding Dale Mabry Highway from the Florida Department of Transportation to the United States of America and an arial photograph of the Dale Mabry Gate with jurisdictional lines |
| 16 | | | Sgt. Jonathan Vaughan | Firearms Registration Form (Form AF IMT 1314) |
| 17 | | | Det. Edward Garcia | MacDill Air Force Base Instruction 31-101, Installation Security Instruction, dated 1/11/10 (portion) |
| 18a | | | Det. Edward Garcia | Photograph of signage at Dale Mabry Gate of MacDill Air Force Base |
| 18b | | | Det. Edward Garcia | Photograph of signage at Dale Mabry Gate of MacDill Air Force Base |
| 19 | | | | Scott Bennett's resume |
| 20 | | | | Statement of Offense filed 8/22/08 in United States v. Scott Allen Bennett, Case No. 08-35(M), from the United States District Court for the District of Columbia |
| 21 | | | | Judgement filed 9/15/08 in United States v. Scott Allen Bennett, Case No. 08-35(M), from the United States District Court for the District of Columbia |
| 22a - f | | | Det. Edward Garcia | Photographs taken during the search of the defendant's car on 4/23/10 |
| 23a - q | | | Det. Edward Garcia | Photographs taken during the search of the defendant's residence on 4/23/10 |
| 24 | | | Det. Edward Garcia | Photograph of firearms, weapons, and ammunition seized from Scott Allan Bennett's residence on 4/23/10 |
| 25 | | | Lt. Col. Joel Droba | Defendant's Orders for 8/12/10 |
| 26 | | | Ms. Geri Leto | Defendant's file with Housing Office at MacDill Air Force Base (Partial), containing inspection sheet, financial records and ledgers, arrest information, notice of non-compliance, and move-out charges invoices |

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 27 | | | Lt. Mark Borden | Defendant's military personnel file (Partial), containing evaluation report, record of emergency data, life insurance election, memorandum regarding commission, oath of office, educational transcripts, birth certificate, database entries |
| 28 A & B | | | Officer Joseph Sustek | Video and Transcript of the DUI investigation of the Defendant from 4/23/10 (Partial) |
| 29 A & B | | | Officer Joseph Sustek | Video and Transcript of the DUI investigation of the Defendant from 4/23/10 (Partial) |
| 30 A & B | | | Officer Joseph Sustek | Video and Transcript of the DUI investigation of the Defendant from 4/23/10 (Partial) |
| 100a | | | Officer Joseph Sustek | .380 caliber Ruger LCP semi-automatic pistol, serial number 37234053, with Crimson Trace laser sight attached |
| 100b | | | Officer Joseph Sustek | .380 caliber ammunition magazine with six (6) .380 caliber bullets |
| 101a | | | Officer Joseph Sustek | .357 caliber Smith & Wesson magnum, serial number CEC19166493, with CTC laser sight attached |
| 101b | | | Officer Joseph Sustek | Five (5) .357 caliber hollow point bullets |
| 101c | | | Officer Joseph Sustek | Black pouch containing a reloading cylinder containing five (5) .357 caliber hollow point bullets |
| 101d | | | Officer Joseph Sustek | Black zippered pouch containing fifteen (15) .357 caliber hollow point bullets and five (5) .357 caliber bullets |
| 102 | | | Det. Edward Garcia | Four (4) gun holsters |
| 103 | | | Det. Edward Garcia | Black plastic punch knife |
| 104 | | | Det. Edward Garcia | Street Defender pepper spray canister in plastic packaging |
| 105 | | | Det. Edward Garcia | One black canister on a key chain |
| 106a | | | Det. Edward Garcia | Green ammunition can containing 139 .12 gauge shotgun shells |
| 106b | | | Det.Edward Garcia | Three (3) boxes of .12 gauge shotgun shells containing seventy-five (75) bullets total |
| 106c | | | Det. Edward Garcia | Two (2) boxes of .12 gauge shotgun shells containing ten (10) bullets total |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | | **EXHIBIT LIST** |
| 106d | | | Det. Edward Garcia | Black ammunition belt with fifty-five (55) .12 gauge shotgun shells |
| 106e | | | Det. Edward Garcia | Four (4) boxes of .12 gauge shotgun shells containing eighteen (18) bullets total |
| 106f | | | Det. Edward Garcia | One (1) box of .12 gauge shotgun shells containing eleven (11) bullets |
| 106g | | | Det. Edward Garcia | One (1) box of .12 gauge shotgun shells containing sixteen (16) bullets |
| 107a | | | Det. Edward Garcia | Two (2) plastic containers of 9mm ammunition containing 100 bullets total |
| 107b | | | Det. Edward Garcia | Twenty (20) 9mm hollow point bullets |
| 107c | | | Det. Edward Garcia | Three (3) boxes of 9mm ammunition containing sixty (60) bullets total |
| 107d | | | Det. Edward Garcia | One (1) box of 9mm ammunition containing fifty (50) bullets |
| 107e | | | Det. Edward Garcia | Seven (7) boxes of 9mm ammunition containing 251 bullets total |
| 107f | | | Det. Edward Garcia | One (1) brown briefcase with twenty-six (26) boxes of 9mm ammunition containing 1300 bullets total and various other personal effects |
| 107g | | | Det. Edward Garcia | Green ammunition can containing 740 9mm bullets |
| 107h | | | Det. Edward Garcia | One (1) brown briefcase with eighteen (18) boxes of 9mm ammunition containing 875 bullets total, one (1) wooden box containing 120 9mm bullets, and other personal effects |
| 107i | | | Det. Edward Garcia | 9mm ammunition magazine with seven (7) 9mm hollow point bullets |
| 108a | | | Det. Edward Garcia | Green ammunition can containing 320 7.62mm bullets |
| 108b | | | Det. Edward Garcia | Green ammunition can containing 299 7.62mm bullets |
| 108c | | | Det. Edward Garcia | 7.62mm ammunition magazine with five (5) 7.62mm hollow point bullets |
| 108d | | | Det. Edward Garcia | Two (2) 7.62 ammunition magazines with sixty (60) 7.62 bullets total |

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 108e | | | Det. Edward Garcia | Green ammunition can containing 296 7.62mm hollow point bullets |
| 108f | | | Det. Edward Garcia | Four (4) boxes of 7.62mm ammunition containing 62 bullets total |
| 109a | | | Det. Edward Garcia | Green ammunition can containing 502 .380 bullets |
| 109b | | | Det. Edward Garcia | Green ammunition can containing 134 .380 bullets |
| 110a | | | Det. Edward Garcia | One (1) box of .357 ammunition containing 45 hollow point bullets |
| 110b | | | Det. Edward Garcia | One (1) box of .357 ammunition containing 50 hollow point bullets |
| 110c | | | Det. Edward Garcia | Two (2) boxes of .357 ammunition containing 94 hollow point bullets total |
| 110d | | | Det. Edward Garcia | One (1) container with thirty-one (31) .357 bullets and one (1) .38 bullet |
| 110e | | | Det. Edward Garcia | One (1) container with fifty (50) .357 bullets |
| 110f | | | Det. Edward Garcia | Two (2) boxes of .357 ammunition containing four (4) bullets |
| 111a | | | Det. Edward Garcia | Green ammunition can containing 478 .45 bullets |
| 111b | | | Det. Edward Garcia | Green ammunition can containing 208 .45 bullets |
| 111c | | | Det. Edward Garcia | One (1) box with thirty-five (35) .45 bullets |
| 111d | | | Det. Edward Garcia | Sixty-one (61) .45 bullets |
| 111e | | | Det. Edward Garcia | One (1) container with twenty-eight (28) .45 bullets |
| 111f | | | Det. Edward Garcia | One (1) container with thirty-five (35) .45 bullets |
| 111g | | | Det. Edward Garcia | One (1) container with fifty (50) .45 bullets |
| 111h | | | Det. Edward Garcia | Two (2) boxes of .45 ammunition containing ninety-three (93) bullets total |
| 112a | | | Det. Edward Garcia | One (1) gum tin containing seven (7) .22 bullets |
| 112b | | | Det. Edward Garcia | One (1) gum tin containing twenty-four (24) .22 bullets |

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 112c | | | Det. Edward Garcia | Two (2) boxes of .22 ammunition containing 100 bullets total |
| 112d | | | Det. Edward Garcia | One (1) box with forty (40) .22 bullets |
| 113a | | | Det. Edward Garcia | One (1) box with forty-seven (47) .38 bullets |
| 113b | | | Det. Edward Garcia | One (1) box with thirty-six (36) .38 bullets |
| 113c | | | Det. Edward Garcia | Two (2) boxes with 100 .38 bullets |
| 114 | | | Det. Edward Garcia | 9mm Beretta 800 Cougar F pistol, serial number 002352MC |
| 115 | | | Det. Edward Garcia | .22 caliber North American Arms revolver, serial number R12471, with two (2) chambers |
| 116 | | | Det. Edward Garcia | P22 Walther revolver, serial number L224436, with flash suppressor attached |
| 117 | | | Det. Edward Garcia | .45 caliber Kimber Ultra Carry II revolver, serial number KU61387 |
| 118 | | | Det. Edward Garcia | .45 caliber Kimber Pro CDP II revolver, serial number KR27607 |
| 119 | | | Det. Edward Garcia | 12 gauge Mossberg shotgun, serial number R454611, with black sling and black flashlight attached |
| 120 | | | Det. Edward Garcia | 7.62mm Arsenal SAS M7 rifle, serial number AD050917, with green sling attached |
| 121 | | | Det. Edward Garcia | 7.62mm drum magazine |
| 122 | | | Det. Edward Garcia | .22 caliber Marlin 83TS Micro-groove rifle, serial number 98607726, with black sling and scope attached. |
| 123 | | | Det. Edward Garcia | Common Access Card Belonging to Scott Allan Bennett (Contractor, DoD) |
| 124 | | | Det. Edward Garcia | Common Access Card belonging to Scott Allan Bennett (Uniformed Services, Army) |
| 125 | | | Det. Edward Garcia | Booz Allen Hamilton ID card for Scott Bennett |
| 126 | | | Det. Edward Garcia | U.S. Central Command Contractor ID card for Scott A. Bennett |
| 127 | | | Det. Edward Garcia | Common Access Card belonging to Scott A. Bennett (Contractor, Department of State) |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | | **EXHIBIT LIST** |
| 128 | | | Det. Edward Garcia | Department of Defense PTN BUS ID card for Scott A. Bennett |
| 129 | | | Det. Edward Garcia | .45 caliber drum magazine |
| 130 | | | Det. Edward Garcia | Pistol holster |
| 131 | | | Det. Edward Garcia | Two (2) Beretta 10 round magazines |
| 132 | | | Det. Edward Garcia | Eight (8) .45 caliber magazines |
| 133 | | | Det. Edward Garcia | Taser |
| 134 | | | Det. Edward Garcia | Kimber "Life AC" Guardian Angel OC spray |
| 135a | | | Det. Edward Garcia | Stainless steel knife "The Spike" by Cold Steel |
| 135b | | | Det. Edward Garcia | Plastic training knife by Cold Steel |
| 135c | | | Det. Edward Garcia | Plastic punch knife |
| 135d | | | Det. Edward Garcia | Plastic crescent knife |
| 135e | | | Det. Edward Garcia | Stainless steel knife "Kudu" by Cold Steel |
| 135f | | | Det. Edward Garcia | Spring-loaded stainless steel knife by Benchmade |
| 135g | | | Det. Edward Garcia | Two (2) cruciform daggers by Cold Steel |
| 135h | | | Det. Edward Garcia | Stainless steel knife "TAC II" by Cold Steel |
| 135i | | | Det. Edward Garcia | Three-sided plastic knife |
| 135j | | | Det. Edward Garcia | Serrated plastic knife with case |
| 135k | | | Det. Edward Garcia | Stainless steel knife "SANMAI" by Cold Steel |
| 135l | | | Det. Edward Garcia | Stainless steel knife "Double Agent I" by Cold Steel |
| 135m | | | Det. Edward Garcia | Stainless steel knife "Urban Pal" by Cold Steel |
| 135n | | | Det. Edward Garcia | Stainless steel butterfly knife "Arc Angel" by Cold Steel |
| 135o | | | Det. Edward Garcia | Sword/cane with concealed stainless steel blade |
| 135p | | | Det. Edward Garcia | Stainless steel "Magnum Tanto XIII" by Cold Steel |
| 136 | | | Det. Edward Garcia | Baton with case |
| 137 | | | Det. Edward Garcia | Leather belt with brass knuckle belt buckle |

## EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 138 | | | Det. Edward Garcia | Ballistics vest |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |