UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 8:11-cr-14-T-33AEP

SCOTT ALLAN BENNETT

## VERDICT

1. **Count One of the Indictment**

    As to the offense of making a false or fraudulent statement to a government agency, in violation of 18 U.S.C. § 1001,

    We, the Jury, find the defendant, **SCOTT ALLAN BENNETT**:

    Guilty ___✓___    Not Guilty _____

2. **Count Two of the Indictment**

    As to the offense of unauthorized wearing of a military uniform, in violation of 18 U.S.C. § 702,

    We, the Jury, find the defendant, **SCOTT ALLAN BENNETT**:

    Guilty ___✓___    Not Guilty _____

3. **Count Three of the Indictment**

    As to the offense of violation of a defense property security regulation, in violation of 50 U.S.C. § 797(a)(1),

    We, the Jury, find the defendant, **SCOTT ALLAN BENNETT**:

    Guilty ___✓___    Not Guilty _____

4. **Count Four of the Indictment**

   As to the offense of violation of a defense property security regulation, in violation of 50 U.S.C. § 797(a)(1),

   We, the Jury, find the defendant, **SCOTT ALLAN BENNETT**:

   Guilty ___✓___          Not Guilty _____

   SO SAY WE ALL, this _1st_ day of July 2011.

   _____
   FOREPERSON