UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,  __
    Government X

v.                              Case No. 8:11-cr-14-T-33AEP

SCOTT ALLAN BENNETT         __ Evidentiary
                                      __ Trial
                                      X  Other - Sentencing Hearing

    Defendant  __

| EXHIBIT LIST |||||
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1 |  | 12/1/11 |  | Email chain between Scott Bennett and the Embassy of Finland dated June 14, 2011 |
| 2 |  | 12/1/11 |  | Video from the Embassy of Finland of event on June 14, 2011 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |