```
            SCOTT BENNETT
             #29418-016
       FPC SCHUYLKILL, CAMP 2
            P.O. BOX 670
      MINERSVILLE, PA 17954-0670
           (570) 544-7100
```

                                        February 10, 2013

Clerk of the Court
District Court of Florida
801 N. Florida Ave
Tampa, Florida 33602

    RE:  Case No. 8:11-cr-14-T-33AEP
        Scott Bennett
        Motion to Vacate Conviction Due to Newly Discovered Evidence

Dear Clerk of the Court:

    Please find attached defendant Scott Bennett's motion to Vacate Conviction Due to Newly Discovered Evidence.

    Please file this motion with the Court, and send defendant a time stamped receipt confirming this.

    Please send any and all information to defendant Scott Bennett at the address above.

                                        Respectfully,

                                        _____

                                        Scott Bennett, defendant, pro se

*[Filing stamp: MIDDLE DISTRICT, TAMPA, FLORIDA, 2013 FEB 25 PM 2:17]*