

<u>EXHIBIT 1</u>

Gun safe with "registration sticker"



<u>EXHIBIT 2</u>

Close up of gun safe with "registration sticker" from
transportation company, and inspected by Base security.



<u>EXHIBIT 3</u>

Close up of "registration sticker" on gun safe,
acknowledged by MacDill Base Security inspectors,
and allowed onto base after inspection.

2200 CASTLETON RD. P.O. BOX 50600
INDIANAPOLIS, IN 42250-0600
317-849-7000  800-428-6910
ICC MC 87153

# WHEATON WORLD WIDE MOVING

ORDER FOR SERVICE NO. (DO NOT ALTER)

ISSUED AT _____ Agent # _____ DATE ISSUED: _____ DESCRIPTION OF PROPERTY:

SHIPPER REQUESTS NOTIFICATION OF CHARGES:  YES ☐ NO ☐ OR IN THE EVENT OF DELAY, NOTIFY:   INTERLINE CARRIER, IF ANY:

NAME _____   PHONE ( ) _____

ADDRESS _____ CITY & STATE _____ ZIP _____

REWEIGH GROSS _____ Lbs. TARE _____ Lbs. NET _____ Lbs.  PICKUP BY _____ DATE ___ VEHICLE # ___

ACTUAL PICKUP DATE _____   HAULED BY _____ TO ___ VEHICLE # ___

ACTUAL DELIVERY DATE _____   HAULED BY _____ TO ___ VEHICLE # ___

SUBSTITUTION OF SERVICE BY ANY CARRIER AND/OR ON ROUTE IS AUTHORIZED AT CARRIER'S DISCRETION.

EXPEDITED SERVICE ☐ ; EXCLUSIVE USE ☐ ; SPACE RESERVATION ☐ _____ CU. FT.

**LOAD AT**
Scott Bennett
1911 Delaware Venue SW
WASHINGTON, DC 20024
DISTRICT OF COLUMBIA
Aptmt: 0694, Elevator: No
(703) 505-9212

**DELIVER AT**
Scott Bennett
4711 address
TAMPA, FL 33606
HILLSBOROUGH
(703) 505-9212

**BILL TO**
Wauburt Relocation Resources
Atten: Andrea Daly
120 Longwater Drive
Norwell, 02061

**BOOKING AGENT**
ORION MOVING & STORAGE, INC - 0222

**ORIGIN AGENT**
OLYMPIA MOVING & STORAGE CORP - 0452

**DESTINATION AGENT**
AAA MOVING & STORAGE - 0778

AGREED PICKUP DATE/TIME: 04/12   04/12
AGREED DELIVERY DATE/TIME: 04/14   04/22

**CUSTOMER'S DECLARATION OF VALUE**
THIS IS A TARIFF LEVEL OF CARRIER LIABILITY - IT IS NOT INSURANCE

**EXTRAORDINARY (UNUSUAL) VALUE ARTICLE DECLARATION.** Unless the shipper has prepared a copy of the "inventory of items Valued in Excess of $100.00 Per Pound Per Article" (inventory) which are included in the shipment and provided a copy of that inventory to the carrier's representative prior to loading, the carrier or mover's liability shall be limited to $100.00 per pound for any lost or damaged article valued in excess of $100.00 per pound, based upon actual weight of the article, not to exceed the declared value for the entire shipment.

ESTIMATED CHARGES
NONBINDING EST. ☐   FIRM BINDING EST. ☐   OPTION BINDING EST B ☐
MINIMUM CHARGE: if shipment weighs less than 1,000 pounds  $
MAXIMUM AMOUNT required to be paid before Delivery (110% of Estimated Charges)

CARRIER:  WHEATON WORLD WIDE MOVING

AGENT or DRIVER: _____

SIGNATURE: _____  DATE: _____

SHIPPER: READ CONDITIONS ON BACK

2

---

**EXHIBIT 4**

Manifest and contract of transportation of property
to MacDill AFB by Booz Allen Hamilton and Wheaton.

FORM 1142 (REV. 600)

WMEA ?c.r

**DESCRIPTIVE INVENTORY**

| AGENT | 005 | TAG LOT NO. ...505 TAG COLOR ... NOS ... THRU ... |
|---|---|---|

CARRIER'S REFERENCE TO.

OWNER'S GRADE OR RATING AND NAME: ... C : T   ... : : : .... : T

CONTRACT OR OBL. NO.

ORIGIN LOADING ADDRESS: ... WA [ r : / : / r : / .: .-

CITY ... STATE ...

GOVT. SERVICE ORDER NO.

DESTINATION

VAN NUMBER

### DESCRIPTIVE SYMBOLS

CP - PACKED BY CARRIER
POD - PACKED BY OWNER
OSD - DISASSEMBLED BY OWNER
PB - PROFESSIONAL BOOKS

PP - PROFESSIONAL PAPERS
PE - PROFESSIONAL EQUIPMENT
B&W-TV BLACK & WHITE
C - TV COLOR
SW - STRETCH WRAP

DE - DENT
BR - BROKEN
BU - BURNED
CH - CHIPPED
CU - CONTENTS & CONDITION UNKNOWN
D - DENTED
F - FADED
FR - FRAYED

### EXCEPTION SYMBOLS

G - GOUGED
L - LOOSE
M - MARRED
MI - MILDEW
MO - MOTIVATION
PS - PAINT SPOT
R - RUBBED
RU - RUSTED

S - STRETCHED
SC - SCRATCHED
SH - SHORT
SO - SOILED
ST - STAINED
T - TORN
W - DAMP/WORN
WM - WATER MARK
Z - CRACKED

NOTE: The omission of these symbols indicates good condition except for normal wear.

### LOCATION SYMBOLS

1. ARM
2. BOTTOM
3. CORNER
4. FRONT
5. LEFT
6. LEG

7. REAR
8. RIGHT
9. SIDE
10. TOP
11. VENEER
12. EDGE

13. SEAT
14. DRAWER
15. CENTER
16. INSIDE
17. DOOR
18. SHELF
19. HARDWARE

| ITEM NO. | ORIG. WHSE. | DEST. WHSE. | CUST. | ARTICLES | 品 | CONDITION AT ORIGIN | EXCEPTIONS IF ANY AT DESTINATION |
|---|---|---|---|---|---|---|---|
| 1 | | | / | 1,5 C 7 P | CP | BOCES | |
| 2 | | | / | 1, 5 C 7 P | CP | BOCKS | |
| 3 | | | / | 1, 5 C 7 N | CP | BOOKS | |
| 4 | | | / | 1, 5 C 7 N | CP | BOOKS | |
| 5 | | | / | 1, 5 C 7 P | CP | BOCKS | |
| 6 | | | / | 1, 5 C 7 N | CP | BOOKS | |
| 7 | | | / | 1, C C 7 U | CP | BOOKS | |
| 8 | | | / | 1, C C 7 N | CP | A COKS | |
| 9 | | | / | 1,6 C 7 N | CP | BOOKS | |
| 10 | | | / | 1, 5 C 7 N | CP | BOOKS | |
| 1 | | | / | 1, 5 C 7 N | CP | BOOKS | |
| 2 | | | / | 1,5 C 7 P | P | BOOKS | |
| 3 | | | / | 1, 5 C 7 P | CP | BOOKS | |
| 4 | | | / | 1, 5 C 7 P | CP | BOOKS | |
| 5 | | | / | 1, 5 C 7 P | P | BOOKS | |
| 6 | | | / | 1, 5 C 7 U | 7 S | BOOKS | |
| 7 | | | / | 1, 5 C 7 N | CP | BOOKS | |
| 8 | | | / | 1, 5 C 7 N | P | BOOKS | |
| 9 | | | / | 1, 5 C 7 P | CP | BOOKS | |
| 10 | | | / | 1, 1 C 7 N | CP | BOOKS | |
| 1 | | | / | 1 6 P. C 7 7 N | P | 6 COTA 1 : 5W | |
| 2 | | | / | 3, 6 C 7 N | P | i r C 7 7 D N : C ? | |
| 3 | | | / | 5, A C : 7 N | H | 7 : C 7 U : 6 5 | |
| 4 | | | / | 1 6 , 7 . 7 . C 7 N | P | P : C 7 7 A : | |
| 5 | | | / | 2, 3 . C 7 N | P | VASES | |
| 6 | | | / | C . C 7 N | P | A C C 6 K A : : . 5 5 | |
| 7 | | | | | | | |
| 8 | | | / | P U A r : r   I N V E N     ... | | | |
| 9 | | | / | | | | |
| 10 | | | | | | | |

ITEM NO. REMARKS/EXCEPTIONS: 1 : : 20 ; c . 7   ; c . 7 . . :

"We have checked all the items listed and numbered _____ to _____ inclusive and acknowledge that this is a true and complete list of the goods tendered and of the state of the goods received."

| | CARRIER OR AUTHORIZED AGENT (DRIVER) | DATE | | CARRIER OR AUTHORIZED AGENT (DRIVER) | DATE |
|---|---|---|---|---|---|
| AT ORIGIN | (SIGNATURE) | | AT DESTI- NATION | (SIGNATURE) | 04/15/10 |
| | OWNER OR AUTHORIZED AGENT | DATE | | OWNER OR AUTHORIZED AGENT | DATE |
| | (SIGNATURE) | 1/15/10 | | (SIGNATURE) | 04/15/11 |

4. Fourth Copy - Origin Agent If Shipment Picked Up

# DESCRIPTIVE INVENTORY

| AGENT | WHEATON | | | |
|---|---|---|---|---|
| CAMDEN M+S | TAG LOT NO. | TAG COLOR | NOS | THRU |

CARRIER'S REFERENCE NO. 0222-7722
CONTRACT OR GBL. NO.

OWNER'S GRADE OR RATING AND NAME: BENNETT SCOTT

ORIGIN LOADING ADDRESS: WASHINGTON CITY: D.C. STATE

GOVT. SERVICE ORDER NO.

DESTINATION: TAMPA A

VAN NUMBER

**DESCRIPTIVE SYMBOLS**
CP - PACKED BY CARRIER
PBO - PACKED BY OWNER
CD - DISASSEMBLED BY OWNER
PS - PROFESSIONAL BOOKS
PP - PROFESSIONAL PAPERS
PE - PROFESSIONAL EQUIPMENT
D&W - TV BLACK & WHITE
C - TV COLOR
SW - STRETCH WRAP

**EXCEPTION SYMBOLS**
BE - BENT, BR - BROKEN, BW - BOWED, CH - CHIPPED, CU - CONTENTS & CONDITION UNKNOWN, D - DENTED, F - FADED, FR - FRAYED
G - GOUGED, L - LOOSE, M - MARRED, MI - MILDEW, MO - MOTHEATEN, P - PEELING, PS - PAINT SPOT, R - RUBBED, RU - RUSTED
S - STRETCHED, SC - SCRATCHED, SH - SHORT, SO - SOILED, ST - STAINED, T - TORN, W - BADLY WORN, WM - WATER MARK, Z - CRACKED

NOTE: The omission of these symbols indicates good condition except for normal wear.

**LOCATION SYMBOLS**
1. ARM, 2. BOTTOM, 3. CORNER, 4. FRONT, 5. LEFT, 6. LEG
7. REAR, 8. RIGHT, 9. SIDE, 10. TOP, 11. VENEER, 12. EDGE
13. SEAT, 14. DRAWER, 15. CENTER, 16. INSIDE, 17. DOOR, 18. SHELF, 19. HARDWARE

| ITEM NO. | ORIG. WHSE | DEST. WHSE | CUST | ARTICLES | SEE TAG | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|---|---|---|
| 1 | | | | LAMP | | MAR L-SC+50 | |
| 2 | | | | STATUE | | STN 12,+3, | |
| 3 | | | | DUFFLE BAG | | CU-PBO | |
| 4 | | | | TRASH CAN | | SO-RU-12,+5, | |
| 5 | | | | FILE | | LOADED - D,SC-9,+12+3, | |
| 6 | | | | CABINET | | | |
| 7 | | | | SUITCASE | | PBO-CU-SO | |
| 8 | | | | BOOKCASE | | CU-PBO-MAR | |
| 9 | | | | PATCH (2) | | UNK | |
| 20 | | | | FOLDING CHAIR | | STN-12, MAR | |
| 1 | | | | FOOTSTOOL | | SO-MAR | |
| 2 | | | | SHELF (2) | | STN-10+12,+3, | |
| 3 | | | | COFFEE | | SO-CU-10+12,+3, STN-5+8,7 | |
| 4 | | | | TABLE | | STN-2,12,+3, CU | |
| 5 | | | | CHAIR | | STN 10+12, | |
| 6 | | | | PLASTIC TOTE | | CU | |
| 7 | | | | CRATE | | L-STN-10,15,+2,12, +9, SC+ | |
| 8 | | | | MISC | | CU-2,12,+3, | |
| 9 | | | | DESK TOP | | STN-SC+G-10+10,12,+3,215 5+D | |
| 30 | | | | HUTCH | | STN+D-2,12,+3, STN-5+8,9, | |
| 1 | | | | DESK | | STN+D-10+19,12,+3, +4,5+D 9, | |
| 2 | | | | HUTCH | | STN+D-2,12,+3, | |
| 3 | | | | OFFICE CHAIR | | MAR SO-13+7 SO-15 | |
| 4 | | | | CABINET | | F-10 STN-10 STG-12,+3, SC MAR | |
| 5 | | | | STAND | | STN-2,12,+3, | |
| 6 | | | | BED TOP RAIL | | STN-12,+3, | |
| 7 | | | | BED TOP RAIL | | STN-12,+3, | |
| 8 | | | | BED TOP RAIL | | STN-12,+3, | |
| 9 | | | | BED TOP RAIL | | STN-12,+3, | |
| 40 | | | | HEADBOARD | | STN-12,+10,7,15 SC+CU+R-2 | |

ITEM NO.

REMARKS/EXCEPTIONS:

" We have checked all the items listed and numbered _____ to _____ inclusive and acknowledge that this is a true and complete list of the goods tendered and of the state of the goods received."

| | CARRIER OR AUTHORIZED AGENT (DRIVER) | DATE | | CARRIER OR AUTHORIZED AGENT/DRIVER | DATE |
|---|---|---|---|---|---|
| AT ORIGIN | (SIGNATURE) | 04/12/10 | AT DESTINATION | (SIGNATURE) | 04/15/10 |
| | OWNER OR AUTHORIZED AGENT | DATE | | OWNER OR AUTHORIZED AGENT | DATE |
| | (SIGNATURE) | 04/12/10 | | (SIGNATURE) | 04/15/10 |

FORM 1142 (REV. 8/08)

2. Duplicate - To Shipper At Time Of Loading

| CARRIER | WILLA??? |  |  |  |  | CARRIER'S REFERENCE NO. |
|---|---|---|---|---|---|---|
| AGENT | 0058 | TAG LOT NO. 253 | TAG COLOR A.B. | NOS. 001 THRU ?? | | CONTRACT OR GBL. NO. |
| OWNER'S GRADE OR RATING AND NAME | SCOTT, BLOO. ?? | | | | | |
| ORIGIN LOADING ADDRESS | | CITY WASHINGTON | STATE D.C. | | | GOVT. SERVICE ORDER NO. |
| DESTINATION | | | | | | VAN NUMBER |

**DESCRIPTIVE SYMBOLS**
CP - PACKED BY CARRIER
PBO - PACKED BY OWNER
DSO - DISASSEMBLED BY OWNER
PB - PROFESSIONAL BOOKS
PP - PROFESSIONAL PAPERS
PE - PROFESSIONAL EQUIPMENT
B&W -TV BLACK & WHITE
C - TV COLOR
SW - STRETCH WRAP

**EXCEPTION SYMBOLS**
BE - BENT, BR - BROKEN, BU - BURNED, CH - CHIPPED, CO - CONTENTS & CONDITION UNKNOWN, D - DENTED, F - FADED, FR - FRAYED
G - GOUGED, L - LOOSE, M - MARRED, MO - MILDEW, MO - MOTHEATEN, P - PEELED, PG - PART GONE, R - RUBBED, RU - RUSTED
SC - SCRATCHED, SH - SHORT, SO - SOILED, ST - STAINED, T - TORN, W - BADLY WORN, WM - WATER MARK, Z - CRACKED
STRETCHED

NOTE: The omission of these symbols indicates good condition except for normal wear.

**LOCATION SYMBOLS**
1. ARM, 2. BOTTOM, 3. CORNER, 4. FRONT, 5. LEFT, 6. LEG
7. REAR, 8. RIGHT, 9. SIDE, 10. TOP, 11. VENEER, 12. EDGE
13. SEAT, 14. DRAWER, 15. CENTER, 16. INSIDE, 17. DOOR, 18. SHELF, 19. HARDWARE

| ITEM NO. | ORIG. SVCS. | DEST. NOS. | CUFT. | ARTICLES | PBO | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|---|---|
| 1 | | | / | LARGE PIC. CTN | CP | PICTURE | |
| 2 | | | / | 1.5 CTN | CP | 1. J&S BOOKS | |
| 3 | | | / | 3.0 CTN | P | LMP | |
| 4 | | | / | 3.0 CTN | LP | FOOD | |
| 5 | | | / | 3.0 CTN | CP | SILVER WARE | |
| 6 | | · | / | 5.2 CTN | CP | DISHWARE | |
| 7 | | | / | 5.2 CTN | CP | DISH WARE | · |
| 8 | | | / | 5.2 CTN | CP | DISHWARE | · |
| 9 | | | / | 1.15 CTN | CP | FILE CL'S | |
| 10 | | | / | 1.5 CTN | P | BOOKS | |
| 1 | | | / | 1.15 CTN | CP | BFCFR 47 TOYS | |
| 2 | | | / | 6.15 CTN | CP | C. C. FT | |
| 3 | | | / | 3.0 CTN | CP | HFC. MISC. MIC. CTR. | · |
| 4 | | | / | 3.5 CTN | P | EARTH GLOBE 1 PRTL | · |
| 5 | | | / | 3.0 CTN | CP | NECK ITEMS | |
| 6 | | | / | 3.0 CTN | CP | BASE TEMS | · |
| 7 | | | / | 3.0 CTN | CP | COMPUTER | |
| 8 | | | / | 6.15 x 7 | CP | COMPUTER | |
| 9 | | ^ | / | 1.5 PICT. CTN | CP | PICTURES | |
| 20 | | | / | LG. PICT. CTN | CP | PICTURES | |
| 1 | | | / | SM. PICT. CTN | CP | PICTURES | |
| 2 | | | / | SM. PICT. CTN | CP | PICTURES | |
| 3 | | | / | SM. PICT. CTN | CP | PICTURES | |
| 4 | | | / | SM. PICT. CTN | CP | PICTURES | |
| 5 | | | / | SM. PICT. CTN | CP | PICTURES | |
| 6 | | | / | SM. PICT. CTN | CP | PICTURES | |
| 7 | | | / | SM. PICT. CTN | CP | PICTURES | |
| 8 | | | / | 4.5 CTN | CP | PRINT ITEMS | |
| 9 | | | / | WARDR. CTN | P | CLOTHES, SWORD | |
| 30 | | | / | 5.2 CTN | CP | DISH GLASS, CDS | |

| ITEM NO. | REMARKS/EXCEPTIONS | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1.5:3 3.0:9 4.5:4 5.2:4 | | | | | | |
| | PICT. ??? | | | | | | |

"We have checked all the items listed and numbered _____ to _____ inclusive and acknowledge that this is a true and complete list of the goods tendered and of the state of the goods received."

| AT ORIGIN | CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE 4/15/10 | AT DESTINATION | CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE 04/15/10 |
|---|---|---|---|---|---|
| | OWNER OR AUTHORIZED AGENT (SIGNATURE) | DATE 4/15/10 | | OWNER OR AUTHORIZED AGENT (SIGNATURE) | DATE 04/15/10 |

FORM 1142 (REV. 6/03)

| CARRIER | | | HOUSEHOLD GOODS DESCRIPTIVE INVENTORY | PAGE NO. | NO. OF PAGES |
|---|---|---|---|---|---|
| AGENT | | | TAG LOT NO. 22546 TAG COLOR Red NOS. _____ THRU _____ | CARRIER'S REFERENCE NO. | |
| OWNER'S GRADE OR RATING AND NAME Scott Bennett | | | CITY        STATE | CONTRACT OR GBL. NO. | |
| ORIGIN LOADING ADDRESS | | | | GOVT. SERVICE ORDER NO. | |
| DESTINATION | | | | VAN NUMBER | |

DESCRIPTIVE SYMBOLS
CP - PACKED BY CARRIER
PBO - PACKED BY OWNER
DBO - DISASSEMBLED BY OWNER
PB - PROFESSIONAL BOOKS
PP - PROFESSIONAL PAPERS
PE - PROFESSIONAL EQUIPMENT
BW - TV BLACK & WHITE
C - TV COLOR
SW - STRETCH WRAP

EXCEPTION SYMBOLS
BE - BENT
BR - BROKEN
BU - BURNED
CH - CHIPPED
CU - CONTENTS & CONDITION UNKNOWN
D - DENTED
F - FADED
FR - FRAYED
G - GOUGED
L - LOOSE
M - MARRED
MO - MILDEW
MO - MOTHEATEN
P - PEELING
PS - PAINT SPOT
R - RUSSED
RU - RUSTED
S - SCRATCHED
SC - SCRATCHED
SH - SHORT
SO - SOILED
ST - STAINED
T - TORN
W - BADLY WORN
WM - WATER MARK
Z - CRACKED

LOCATION SYMBOLS
1. ARM
2. BOTTOM
3. CORNER
4. FRONT
5. LEFT
6. LEG
7. REAR
8. RIGHT
9. SIDE
10. TOP
11. VENEER
12. DOOR
13. SEAT
14. DRAWER
15. CENTER
16. INSIDE
17. DOOR
18. SHELF
19. HARDWARE

NOTE- The omission of these symbols indicates good condition except for normal wear.

| ITEM NO. | ORIG. MOVE. | DEST. MOVE. | DATE | ARTICLES | | | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|---|---|---|---|
| 160 | | | | L.P.O. | CTN | CP | 1" boxes | |
| 2 | | | | Sm. P.O. | CTN | CP | Pictures | |
| 3 | | | | 2.5 | CTN | CP | Back pack, shoes (no area) | |
| 4 | | | | 4.5 | CTN | CP | Clothes (no area) | |
| 5 | | | | TV box | CTN | CP | Samsung 32" TV SN: | |
| 6 | | | | | CTN | CP | AH65SCRB 300276 | |
| 7 | | | | 3.1 | CTN | CP | Sleeping bag, closet items | |
| 8 | | | | 3.1 | CTN | CP | Tools, dirty items | |
| 9 | | | | 3.1 | CTN | CP | Tools, photos | |
| 170 | | | | 1.5 | CTN | CP | misc | |
| 1 | | | | 3.1 | CTN | CP | Equip. (no area) | |
| 2 | | | | 4.5 | CTN | CP | Bedding | |
| 3 | | | | 3.1 | CTN | CP | close lamp shades | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 180 | | | | | | | | |
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 190 | | | | | | | | |

REMARKS/EXCEPTIONS _____

"We have checked all the items listed and numbered _____ to _____ inclusive and acknowledge that this is a true and complete list of the goods tendered and of the state of the goods received."

| | CARRIER OR AUTHORIZED AGENT (DRIVER) | DATE 04/12/10 | AT DEST. NATION | CARRIER OR AUTHORIZED AGENT (DRIVER) | DATE 04/15/10 |
|---|---|---|---|---|---|
| AT ORIGIN | (SIGNATURE) | | | (SIGNATURE) | |
| | OWNER OR AUTHORIZED AGENT | DATE 04/12/10 | | OWNER OR AUTHORIZED AGENT | DATE 04/05/10 |
| | (SIGNATURE) Scott | | | (SIGNATURE) Scott E. B | |

FORM 1142 (REV. 6-06)



DEPARTMENT OF THE ARMY
11TH PSYCHOLOGICAL OPERATIONS BATTALION
5550 DOWER HOUSE ROAD
UPPER MARLBORO, MD 20772

Dr. Ralph Shrader
President and Chief Executive Officer
Booz Allen Hamilton
8283 Greensboro Drive
McLean, VA 22102

Subject: Scott Bennett                                                         5 April 2009

Dear Dr. Shrader:

I am the 11th Psychological Operations Battalion Commander and I am writing to you concerning Scott Bennett, who is an Associate at your firm. Second Lieutenant Bennett was recently commissioned as an Officer in my unit.

Second Lieutenant Bennett has been awarded a Direct Commission in the US Army Reserve and will serve as a Psychological Operations Officer in my battalion. We are glad to have him and are looking forward to the completion of his training and serving our great country.

I'd like to respectfully request your assistance in allowing him the military leave he will need from your firm to complete his training, and I know he will be a greater asset to Booz Allen as a result.

If you ever have any questions about Mr. Bennett's military service, please feel free to contact me by telephone at 910-964-9714 or by e-mail at joyce.busch@us.army.mil. On behalf of the United State Army Reserve, I thank you for your cooperation and support.

Sincerely,

JOYCE M. BUSCH
LTC/PO
Commanding

EXHIBIT 5
Letter confirming LTC Joyce Busch as Scott Bennett's
commanding officer and not LTC Joel Droba as falsely claimed
by the government.  Letter establishes Scott Bennett as
a "Psychological Operations Officer" assigned to 11POB.

BOOZ ALLEN HAMILTON

SECURITY
Date Received: _____

## PERSONNEL SECURITY
## CLEARANCE / ACCESS REQUEST and JUSTIFICATION FORM

### General Information

Employee Name: | Bennett, Scott
*(Last, First, Middle)*

Emp. ID: | 537112

Position/Title: | Counter-Threat Finance Analyst

Phone #: | TBD

Contract #: | SPO700-03-D-1380

Booz Allen Charge #: | B0900305012362000000

TAT# *(if applicable)*: | 05-40

Delivery # *(if applicable)*: | DO 123

Program Name: | Strategic Planning, Analysis and Security Support to USCENTCOM

Work Location: | MacDill AFB, Tampa FL

Date of Signed Offer Letter *(Required for Future Employees)*: |

### Clearance / Access Level Required (Type an "X" in the box that applies.)

| | Secret | X | Top Secret | | Periodic Reinvestigation | | Upgrade Requirements |

| X | SCI (Must list accesses: __SI/TK/HCS/G__ ) | | Other: _____ |

Has the applicant held an <u>ACTIVE CLEARANCE or ACCESS</u> with <u>ANOTHER COMPANY OR AGENCY</u> in the last <u>24 MONTHS</u>? (Type an "X" in the box that applies.)

| X | | |
| YES | | NO |

If "YES", please have the applicant complete the "<u>Clearance Data Form</u>" and attach it to this completed document.

## JUSTIFICATION

Please provide a description of the responsibilities of the employee in support of the contract listed above which will require them access to classified materials.

Access to SCI is required in the performance of the SURVIAC contract (Contract # SPO700-03-D-1380/TAT 05-40, D.O. 123). Mr. Bennett will provide strategic planning, analysis, and security assessment support to U. S. Central Command's Threat Finance (TF) Program. Specifically, he will perform research and analysis ot terrorist, insurgent, and narcotics trafficking funding streams, identify key financial network nodes for lethal and non-lethal targeting, and analyze financial intelligence within the USCENTCOM area of responsibility.

| BOOZ ALLEN Program Manager | Robert P. Thompson | Principal | 1/19/2010 | |
| --- | --- | --- | --- | --- |
| *ALL EMPLOYEES* COTR/COR/RA | Name | Title | Date | Signature |
| | Peggy Wagner | 937-255-6302, Ext. 224 | 937-255-9673 | 46th OG/OGM/OL-AC |
| *SCI ONLY* | Name | Phone Number | Fax Number | Office Symbol |

| Security Review Security Rep. ONLY | Print Name | Title | Date | Signature |
| --- | --- | --- | --- | --- |

C/A Request Form 60704

### EXHIBIT 6

Copy of assignment orders issued by US CENTCOM to Booz Allen Hamilton for Scott Bennett. Orders shown to Housing Office with instructions that Army transfer was forthcoming--TBD

- --o- - - -- -

# Bennett, Scott [USA]

| | |
|---|---|
| From: | Cece, Sibel [USA] |
| Sent: | Tuesday, November 25, 2008 11:05 AM |
| To: | Bennett, Scott [USA] |
| Subject: | Clearance Update |

Importance: High

Good afternoon,

We have received your updated clearance status. The pertinent information is as follows:

| | |
|---|---|
| Clearance: | Top Secret |
| Clearance Date: | 11/24/2008 |
| Investigation Type: | SSBI |
| Investigation Date: | 11/05/2008 |
| Granting Agency: | DISCO |

Thank you,

*Sibel S. Cece*
**Security Services Team**

Booz | Allen | Hamilton

8283 Greensboro Drive
Allen 643
McLean, Virginia 22102
703-377-4812 Office
703-902-3488 Fax
Cece_Sibel@bah.com

## EXHIBIT 7

11/25/2008    Top Secret/ SCI security clearance issued to Scott Bennett
after 1 year investigation by Intelligence Community and Army.

BOOZ ALLEN HAMILTON

## PERSONNEL SECURITY
## CLEARANCE / ACCESS REQUEST and JUSTIFICATION FORM

### General Information

| | | | |
|---|---|---|---|
| Employee Name: | Bennett, Scott, Allan  *(Last, First, Middle)* | Emp. ID: | 537112 |
| Position/Title: | Associate | Phone #: | 703-377-4229 |
| Contract #: | SP0700-03-D-1380-0150 | Booz Allen Charge #: | B09003-0550-1501 |
| TAT# *(if applicable)*: | SURVIAC 06-15 | Delivery # *(if applicable)*: | DO 1503 |
| Program Name *(if used)*: | USSOCOM SOF Support | Work Location: | McLean VA |
| Date of Signed Offer Letter *(Required for Future Employees)*: | | | |

### Clearance / Access Level Required *(Type an "X" in the box that applies.)*

| | | | | | |
|---|---|---|---|---|---|
| [ ] | Secret | [X] Top Secret | [ ] Periodic Reinvestigation | [ ] Upgrade Requirements | |
| [X] | SCI (Must list accesses: | SI/TK/G/HCS ) | | [ ] Other | |

Has the applicant held an **ACTIVE CLEARANCE or ACCESS** with **ANOTHER COMPANY OR AGENCY** in the last **24 MONTHS**? (Type an "X" in the box that applies.)

| [ ] | [X] |
|---|---|
| YES | NO |

If "YES", please have the applicant complete the "Clearance Data Form" and attach it to this completed document.

### JUSTIFICATION

Please provide a description of the responsibilities of the employee in support of the contract listed above which will require them access to classified materials.

Scott Bennett provides classified research, analysis, and wargaming support to the US Special Operations Command (USSOCOM) Center for Knowledge and Futures (SOKF). This support requires employee to have access to TS/SCI information and to work in USSOCOM facilities requiring TS/SCI for access.

| BOOZ ALLEN Program Manager | Glenn Harned | Senior Associate | 2/27/08 | *[signature]* |
|---|---|---|---|---|
| *ALL EMPLOYEES* | Name | Title | Date | Signature |
| COTR/COR/RA | Col Kenneth Coons | 813-828-2447 | 813-826-2324 | USSOCOM SOKF/J9 |
| *SCI ONLY* | Name | Phone Number | Fax Number | Office Symbol |
| Security Review  *Security Rep. ONLY* | | | | |
| | Print Name | Title | Date | Signature |

C/A Request Form 60704

## EXHIBIT 8

Orders issued by U.S. Special Operations Command to Booz Allen Hamilton, then issued to Scott Bennett as Liaison Officer to State Department Coordinator for Counterterrorism

## IAG In-processing Data Sheet

### Basic Information

*Name: Last:* Bennett        *First:* Scott        *Middle:* Allan        *Suffix:* _____

*Rank/Grade:* 2LT    *DOR:* Feb 09    *SSN:* 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    *PMOS/Designator:* 37A

*Arrival Date:* 1 Feb 10        *Departure Date:* _____    *Contract Date:* _____

*Home Duty Station:* MacDill AFB        *Home Duty Station Phone Number:* 827-8622

*Service* (Circle One): USAF, USA, USN, USMC, Contr        *Passport* (Circle One): Official Unofficial

*Passport Number:* _____    *Issue Date:* _____    *Expiration Date:* _____

*Contract Company:* Booz Allen Hamilton        *Supervisor Name:* Mike Maravilla

*Supervisor Phone Number:* 827-8440        *Duty Title:* Counter Threat Finance Analyst

*Date of last Evaluation/Report:* _____    *Reporting Senior or Rater:* _____

*Intermediate Rater:* _____    *Reviewing Officer or Senior Rater:* _____    *Component:* _____

*Directorate:* CCJ3-IAG        *Authorized Billet* _____    *Clearance:* TS/SCI//HCS/G//

*Status* (Circle One): Active (Reserve) (Circle One) PCS/TDY Orders    (Circle One) Evaluation/Report

*CENTCOM Badge Number* _____    *Seat Number* 4064A

### Personal/Family Support Information

*Date of Birth:* 8 Jan 71        *Place of Birth:* Edinburgh, Scotland

*Marital Status* (Circle One): Single Married Divorced Widow    *Military Spouse* (Circle One): Yes No

*Spouse's Full Name:* _____        *Single Parent* (Circle One): Yes, No

*Children's Names/Age:* _____

*PNOK/Emergency Contact Name/Relationship/Number:* Ella Bennett        /(925)820-3461

*Hurricane Address:* 1311 Delaware Ave. SW, S634, Wash, DC    *Hurricane Phone #* 703-509-7212

*Personal E-Mail Address:* bennett_scott@bah.com        *Nickname:* _____

| | Home Address | | Temporary Lodging Address (TDA, TDY, Augmentee Personnel) |
|---|---|---|---|
| Street | 7914 C Paul Smith Dr. | Street Hotel Name | |
| City/State | Tampa | Room # City/State | |
| Zip Code | 33621 | Zip Code | |
| Contact Numbers | Home:(703 )509-7212 | Contact Numbers | Room:(    ) |
| | Cell:(703 )509-7212 | | Cell:(    ) |
| | Office: (813 ) 827-8622 | | Office: (    ) |

L:\R_Drive\IAG\0516-02 Emergency Planning - Recall Rosters

EXHIBIT 9

Inter-Agency Group processing forms. Lists Scott Bennett
as both Army Reservist (2LT) and contractor (Counter Threat
Finance Analyst). Form issued to MacDill Housing via CENTCOM.

CCJ3-IAG (COUNTER THREAT FINANCE) Analyst Certification Program

Name:  Scott Bennett

Position:  Counter Threat Finance Analyst

Date Assigned: _____

## General Requirements

| Training / Event | Date Completed |
|---|---|
| HURRIVAC Data | |
| Recall Roster (CTF and IAG) | |
| CTF Brief / IAG Tour | |
| Passport | |
| Account Access | |
|   - JWICS (Include DTW) | |
|   - SIPR | |
|   - NIPR | |
|   - CIA Wire | |
|   - NCTC Online | |
|   - PKI Certificates | |
|   - DIA WOTE / CTKB / WISE | |
|   - Trip Wire (TAC) | |
| Microsoft Office Suite | |

## Courses / Mandatory Training

| Training / Event | Date Completed |
|---|---|
| CENTCOM Online Training (SIPR Classes) | |
| M3 User | |
| All Source Analysis Deployment (ASAD) | |
| Personality Network Analysis Course (PNAC) | |
| Falcon View / Google Earth | |
| Tripwire | |
| Analyst Notebook | |
| Critical Thinking / Structured Analysis | |
| Oral Presentation Skills | |
| Writing for Intelligence Professionals | |
| IC Reach | |
| Counter Threat Finance Basic Course | |
| Counter Threat Finance Advanced Course | |
| Targeting -- MIDB | |
| Targeting -- Develpoment | |

EXHIBIT 10
Intelligence training materials for    **Scott A. Bennett**
Counterthreat Finance Operations at CENTCOM
Lists Scott Bennett as CTF Analyst and training.

## Writing / Briefing / Production Requirement

| Event | Date Completed |
|---|---|
| Summary Intelligence Report | |
| Commanders Daily Update (Slide & Script) | |
| Joint Intelligence Highlight | |
| Target Nomination Package | |
| | |
| | |

## Other Requirements

| Event | Date Completed |
|---|---|
| Internship Program | |
| Deployment | |

Analyst: _____    Date: _____

Supervisor: _____    Date: _____

EXHIBIT 11

Scott A. Bennett

Counter Threat Finance Analyst training
and deployment (Bennett was to be deployed in his Army
Reserve capacity as a CTF analyst after transferring CENTCOM).

# Booz | Allen | Hamilton Existing Employee Relocation Initiation Form

**Instructions for Booz Allen personnel:** Please completely fill out the Domestic Relocation Existing Employee Form. Send completed forms to Kim Franklin for Level A -III and Ellen Gittleson for Levels IV and above.

Employee Name:     Scott Bennett

Employee Number   514940

Transfer date: 2/1/2010

Charge Code #1: CM                          % : 50%

Charge Code #2:                        % :    50%

Career Development Model:          Transformation

Team:              Defense

Market Acct:

Level: III

Signing OIC:  Dov Zakheim

Levels IV & V:  Will Lubliner, IV and Bob Thompson, V

## Origin Information:

Home-owner  _x__   Renter ___

Address:   1311 Delaware Ave, SW, S-634

City:      Washington

State: DC

ZIP:      20024

Home Phone: 202-484-7873          Work Phone:  Cell Phone: 703-509-7212

                 Email:  Bennett_scott@bah.com  or  scottallanbennet@hotmail.com

## Destination Information:

BAH Work Location: Based on client site in Miami   but based out of Tampa office

BAH Tax Location:

Client Site: Y or N  - Yes

HR Specialist:

Comments: Please indicate any urgent needs such as temp living needed that weekend or if someone needs to be out of their home within the week, for example.

## EXHIBIT 12

Documentation confirming Booz Allen Hamilton was
transfering Bennett to Florida, and knew Scott Bennett
was seeking temporary base housing to complete military
transfer of Army unit to CENTCOM.

Booz | Allen | Hamilton  Existing Employee Relocation Initiation Form

I may need temporary lodging for a few weeks until I am able to secure permanent housing.  I can arrange for "visiting officer quarters" at McDill AFB at a cost of around $40.00 per day.

## EXHIBIT 13

Scott Bennett confirmed "visiting officer quarters" at $40 per day ($1,200 per month) as part of military transfer. Booz Allen Hamilton approved as Bennett "would be closer to the client as well", in case emergency deployment necessary.



**Occupant Information**

Personal Information

Full Name: <u>Bennett, Scott A.</u>
_Last_ _First_ _M.I._

Type: (CONTRACTOR)   MILITARY   GOVERNMENT          <u>Contractor</u>
_Circle One_                                        Pay Grade  (ie..E-4,O-3,GG13)

SIPR E-mail Address: _____

Job Information

Title: <u>Counter Threat Finance Analyst</u>   Branch: <u>Counter Threat Finance Branch</u>

Work Phone: <u>( 813) 8622</u>          VOSIP: ( )

VOIP: ( )

Please fill out all above information as it applies.

<u>Agreement</u>: I agree: 1) I will advise of any changes to equipment within 5 working days
2) I will advise if I move to a new desk or go TDY/Deployment for longer than 2 weeks

Signature _____   Date   <u>1 Feb 10</u>

*_Advisement Instructions_: Pass all notifications of equipment changes, moves, TDY or
Deployments by SIPR email to Mr. Jesse Longfellow: longfejk@centcom.smil.mil

<u>EXHIBIT 14</u>
Counter Threat Finance Branch forms listing
Scott Bennett as CTF analyst and date. Forms shared
with Housing Office via Booz Allen Hamilton and CENTCOM.

### Background information for new SES

Name: Bennett, Scott A. _____

Nickname: _____

Job Title: Counter Threat Finance Analyst _____

Previous assignment and location: 11th Pysop Bn, Andrews AFB, MD _____

Next command (if applicable): _____

Hobbies: Golf _____

Married: (Circle One)  YES   (NO)

Spouses name: _____

Children's name & ages: _____

### EXHIBIT 15

CTF analyst background listing 11th PSYOP as Bennett's
previous command.  Shared with Housing Office via
Booz Allen Hamilton and CENTCOM.



UNITED STATES CENTRAL COMMAND
OFFICE OF THE CHIEF OF STAFF
7115 SOUTH BOUNDARY BOULEVARD
MACDILL AIR FORCE BASE, FLORIDA 33621-5101

8 January 2010

TO: INCOMING PERSONNEL TO CENTCOM

SUBJECT: USCENTCOM Staff Indoctrination Course (SIC)

1. I would personally like to welcome you to Headquarters United States Central Command. You are on the front lines in our campaign to combat extremism and your efforts will contribute significantly to our nation's security. I have directed your attendance to the SIC to enable you to more quickly and efficiently become an effective staff member within USCENTCOM. This three (3) day course is designated to provide valuable insight that will help you grow as a professional in a Joint command with Coalition partners.

2. You are scheduled to attend the Staff Indoctrination course:

    Start Date: _16 Feb 10_

    Start Time: 0800

    Location: ☒ USCENTCOM Bldg 3072 Room 110
        Corner of Zemke Ave & South Boundary Blvd
        Same building as in-processing

        ☐ Naval Operations Support Center,
        Bldg 1775, 2750 SouthShore Ave, MacDill AFB

3. Points of Contact:
    a. In-processing: TSgt Todd Dutschke (813) 827-3600; Sgt Matthew Rhoads (813) 827-1132

    b. Staff Indoctrination Course: Ms. Michelle Hayes, Michelle.Hayes.ctr@centcom.mil, (813) 827-3735; Mr. Ron Quave, Ronald.Quave.ctr@centcom.mil, (813) 827-3937

JAY W. HOOD
Major General, U.S. Army

EXHIBIT 16

CENTCOM indoctrination registration for Bennett.
Date: February 17, 2010. Form shared with Housing via
Booz Allen Hamilton and CENTCOM.

UNCLASSIFIED



---

*United States Central Command*
*Staff Indoctrination Course*
*Day 1*

---

## Student Handout and
## Note taking Guide
### DO NOT TAKE CLASSIFIED NOTES

CCJ7-TT
Version: Jan 2010

# UNCLASSIFIED
# //For Official Use Only//

EXHIBIT 17
CENTCOM indoctrination Course for Bennett.

# USCENTCOM STAFF INDOCTRINATION COURSE TRAINING SCHEDULE

Course 10 - 04 ( 26-28 Jan 10)

| Date | Time | Module/Course | Description | Location | Instructor | | Comments |
|---|---|---|---|---|---|---|---|
| Tuesday 26-Jan-10 | 0800 - 0815 | N/A | Welcome | CTF Room 110 | GO/FO | CENTCOM | Attended by Coalition |
| | 0815 - 0915 | Module 01 | Intro, Administrative & Communication Procedures | CTF Room 110 | Ms. Michelle Hayes | | Attended by Coalition |
| | 0915 - 0925 | N/A | Break | N/A | N/A | NGTS | Attended by Coalition |
| | 0925 - 1145 | Module 02 | USCENTCOM as a Headquarters | CTF Room 110 | Mr. Jeff Cunningham | NGTS | Attended by Coalition |
| | 1145 - 1300 | N/A | Lunch | N/A | N/A | NGTS | Attended by Coalition |
| | 1300 - 1335 | Module 03 | Coalition Coordination Center | CTF Room 110 | N/A | NGTS | Attended by Coalition |
| | 1335 - 1500 | Module 04 | USCENTCOM as a Combatant Command | CTF Room 110 | Mr Dave Townsend | CC/JS CCC | Attended by Coalition |
| | 1500 - 1510 | N/A | Break / Coalition Indoc Completed | CTF Room 110 | Mr Ron Quave | NGTS | Attended by Coalition |
| | 1510 - 1525 | Module 05 | Foreign Disclosure Office | N/A | N/A | N/A | |
| | 1525 - 1540 | Module 06 | Special Security Office | CTF Room 110 | FDO | CC/2 FDO | |
| | 1540 - 1555 | N/A | End of Day 1 Critique | CTF Room 110 | SSO | CC/2 SSO | |
| Wednesday 27-Jan-10 | 0730 - 0930 | Module 07 | Middle East Insights | CTF Room 110 | Mr Ron Quave | NGTS | |
| | 0930 - 0940 | N/A | Break | N/A | N/A | | |
| | 0940 - 1200 | Module 08 | The Enemy Perspective | CTF Room 110 | Mr. Mark Haskell | CC/2 | |
| | 1200 - 1300 | N/A | Lunch | CTF Room 110 | Mr Frank Wupp | CC/2-P | |
| | 1300 - 1330 | Module 09 | US National Security Plans | N/A | N/A | | |
| | 1330 - 1400 | Module 10 | CENTCOM Plans and Strategy | CTF Room 110 | Mr Quave | | |
| | 1400 - 1410 | N/A | Break | CTF Room 110 | CC/J5-ST | CC/J5-ST | |
| | 1410 - 1440 | N/A | Theater Intel Assessment | N/A | N/A | | |
| | 1440 - 1510 | Module 11 | Theater Posture | CTF Room 110 | Ms. April Williams | CC/2-JICCENT | |
| | 1510 - 1525 | Module 12 | End of Day 2 Critique | CTF Room 110 | Mr. Jeff Cunningham | NGTS | |
| Thursday 28-Jan-10 | 0730 - 1200 | Module 13 | USCENTCOM Staff Procedures | CTF Room 110 | Mr Jeff Cunningham | NGTS | Slated individuals only |
| | 1200 - 1300 | N/A | Lunch | CTF Room 111 | Ms. Michelle Hayes | NGTS | |
| | 1300 - 1600 | Module 13 | Staff Procedures Exercise | CTF Room 111 | Mr Ron Quave | NGTS | |
| | 1600 - 1610 | N/A | End of Day Critique | CTF Room 111 | Ms Michelle Hayes | NGTS | |

Notes:

*No information on weapons registration, transport, storage, or authorities.*

## EXHIBIT 18

CENTCOM indoctrination course for Bennett (syllabus and itinerary). Weapon/firearm registration not addressed in class. Bennett instructed to register firearms with Florida (Hillsborough Sheriff) when firearms arrived by moving truck 3-4 months later via Booz Allen Hamilton and Wheaton Moving Services.

UNCLASSIFIED

## 2.02 CENTCOM's Mission and Vision Statement

*Objective: Be able to identify the key components of the CENTCOM mission statement*

- (U) With national and international partners, US CENTCOM promotes cooperation among nations, responds to crises, deters or defeats state and non-state aggression and when necessary reconstruction, in order to establish conditions for regional stability, security and prosperity

*Objective: Know the key parts of the CENTCOM vision statement*

- The international military partner of choice for those nations of the Central Region who value freedom
- A combatant command prepared and capable in peace, crisis or war and on the sea, in the air, or on the ground
- A network of strategists, analysts and operators from national and international military and civilian agencies producing kinetic and non-kinetic effects with unmatched speed and precision to achieve our objectives in the Central region.

Notes: _____

_____

_____

## 2.03 The Commanders "Major Focus" Areas

*Objective: Be able to identify the most important elements of the CENTCOM Commander's Major Focus areas*

- (U) Expand stability, self-governance, development and security in Iraq
- (U) Set conditions for security and strengthen governance in Afghanistan
- (U) Degrade violent extremist networks and operations with defeating al-Qaida the priority
- (U) Counter the proliferation of WMD
- (U) Strengthen relationships and influence states and organizations to contribute to regional security and the free flow of commerce
- (U) Posture the force to build and sustain joint and combined war fighting capabilities and readiness

### EXHIBIT 19

CENTCOM Mission, Vision, and Major Focus statement. Functions as guidelines for Counterterrorist Threat Finance work.

## 2.04 CENTCOM Directorates and Special Staffs

*Objective: Know the <u>names</u>, <u>abbreviations</u>, and <u>essential mission statement elements</u> of the CENTCOM directorates and special staffs*



Fig 1: HQ CENTCOM Organizational Chart

1. Directorates are: J1 – J8

2. Special Staffs are: JA, SG, CH, HC, IG, PA, CSP, HO, SJS, LA

3. Mission Statement key elements for each directorate and special staff

➢ **Directorates**

- **J1, Manpower and Personnel**
  - (U) Formulates and implements manpower and personnel policy
  - (U) Provides manpower and personnel support for HQCENTCOM and subordinate units

- **J2, Intelligence**
  - (U) Provides a full range of advanced threat warning, targeting intelligence, assessments and reports to the Commander
  - (U) Coordinates intelligence policy throughout the CENTCOM AOR

<u>EXHIBIT 20</u>: Command Map (Bennett assigned to CCJ3 as CTF analyst.

- **J3, Operations**
  - (U) Plans, organizes, directs and controls joint and combined military operations at the direction of the Commander (CDR), USCENTCOM
  - (U) Interagency Action Group (IAG) –facilitates planning by coordinating information sharing between US Military and US Governmental Agencies. Participating agencies include Department of Homeland Security (DHS), Justice (DOJ), State (DOS), and Treasury (DOT).

- **J4, Logistics**
  - (U) Develops and implements logistics, engineering, contracting, host nation support, pre-positioning plans, programs, policies and procedures in support of war and peacetime operations.

- **J5, Strategy, Plans and Policy**
  - (U) Develops joint military strategies, policies, resource allocations, and Theater Security Cooperation activities to support US objectives in the USCENTCOM AOR
  - (U) Prepares and maintains operations, contingency, and bilateral plans
  - (U) Coordinates planning, policy, and program matters with JCS, DOD, and State Department

- **J6, Command & Control, Communications & Computer C4 Systems**
  - (U) Plans, programs and directs CENTCOMs headquarters and joint theater-level communications and computer networks
  - (U) Ensures CENTCOM C4 reliability and interoperability
  - (U) Guides and monitors service C4 system acquisitions

- **J7, Exercise and Training**
  - (U) Designs, coordinates, and conducts exercises in order to improve war fighting capabilities; advance USCENTCOM theater security cooperation goals; and maintain joint/combined readiness.
  - (U) Facilitate the USCENTCOM Joint Training Plan (JTP) and support the TSC goals by conducting joint training, (including certification of USCENTCOM Joint Task Forces - JTFs), and battle staff training management oversight in order to improve the readiness of USCENTCOM forces.

- **J8, Resources and Analysis:**
  - (U) Conducts war fighting analysis and technology assessments
  - (U) Guides the Headquarters and Components in transformation efforts, leads programming actions and provides financial management in order to prepare USCENTCOM for current and future operational requirements that support Commander, USCENTCOM's strategy

➢ **Special Staffs**

- **JA, Judge Advocate:**
  - (U) Counsels United States Central Command leaders, 11 Security Assistance Offices and deployed task forces on Civil, Military, International, and Operational Law matters.

- **SG, Command Surgeon:**
  - (U) Serves as the principle advisor to the Commander and the USCENTCOM staff on all medical matters, plans, and direct health services support for USCENTCOM missions.

EXHIBIT 21
J3, Operations (Bennett's assignment)
listing of duties/ job description.



DEPARTMENT OF THE ARMY

ARRC-CPC-EACO

30 April 2010

MEMORANDUM FOR SEE DISTRIBUTION

SUBJECT: Wear and Appearance of Army Uniforms and Personal Appearance (**POLICY NUMBER 1-10**)

1. References: AR 670-1

2. The Physical Fitness Uniform (PFU) may be worn on and off duty when engaged in physical training both on and off military installations and reserve centers. Soldiers may wear all or part of the PFU off military installations and reserve centers. The shirt may be worn outside the trunks on military installations and reserve centers unless the installation commander has ordered otherwise. Standards of wear and appearance specified in paragraph 1-7, AR 670-1 will apply at all times.

3. The Army Combat Uniform (ACU) and the Battle Dress Uniform (BDU) <u>are authorized for wear off post unless the installation commander has ordered otherwise.</u> ACUs/BDUs are not authorized for wear in establishments that primarily sell alcohol or for air travel, except when Soldiers are deploying as part of a unit move and the aircraft is for the exclusive use of the military.

4. Commercial rucksacks, gym bags or like articles may be worn over the shoulder while in uniform. Backpacks may also be work over the shoulder when riding a bicycle or motorcycle. All such items worn over the shoulder must be black and may not have visible commercial logos.

5. Female Soldiers are authorized to wear lipstick and nail polish with all uniforms so long as the color is <u>conservative</u>. Extreme shades of lipstick and nail polish such as purple, gold, blue and white will not be worn. The hair policy as outlined in paragraph 1-8, AR 670-1, remains firm.

6. Tattoos anywhere on the head, face, and neck above the class A uniform collar are prohibited. Tattoos or brands that are extremist, indecent, sexist, or racist are prohibited, regardless of location on the body, as they are prejudicial to good order and discipline within units. Extremist tattoos or brands are those affiliated with "<u>Right Wing</u>", "<u>Ultra Conservative</u>", "<u>Neo-Nazi</u>", "<u>Christian Fanatical</u>" groups depicting, or symbolizing extremist philosophies, religious beliefs, hazing practices, or similar "right-of-passage" type activities are strictly prohibited at the 11POB. Extremist philosophies, organizations, and activities are those which advocate racial, gender or ethnic hatred or intolerance; homophobia; Islamophobia; advocate, create, or engage in illegal discrimination based on race, color, gender, ethnicity, religion, or national origin; or advocate violence or other unlawful means of depriving individual rights under the U.S. Constitution, Federal, or State law (see para 4–12, AR 600–20). Indecent tattoos or brands are those that are grossly offensive to modesty, decency, or propriety; shock the moral sense because

Army Policy for wearing of the uniform, published by Bennett's 11th PSYOP Battalion. Bennett authorized to wear uniform "Off-base".
Note: Line 6 indicates racial-religious intolerance—Constitutional violation of soldiers' rights. Ethnically biased policy.

EXHIBIT 22

# USCENTCOM
## Regional Joint Intelligence Training & Education Facility



This is to certify that

Mr. Scott A. Bennett

has successfully completed the

## Advanced Critical Thinking

a DISAP II Course

19 – 22 April 2010

Presented by the
Directorate of Intelligence
United States Central Command

JOHN M. WARD JR.
1705 DODC
Chief, Resources and Requirements Division

EXHIBIT 23
Training course taken by Bennett
the week after household goods were
delivered on base by BAH moving truck.
Bennett arrested April 23, 2011--same day training ended.

DEPARTMENT OF THE ARMY
HEADQUARTERS, CIVIL AFFAIRS AND PSYOP CO
BLDG H1715, SON TAY ROAD
FORT BRAGG, NC 28310-5200

ARRC-CPC-CO

ORDER NUMBER: 046119

BENNETT SCOTT ALLAN
7914 PAUL SMITH DR APT C
TAMPA, FL 33621-1443

23 July 2010

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   2LT
0011 PO BN    HHC (WFLXAA)
5550 DOWER HOUSE ROAD
UPPER MARLBORO, MD 20772-3603

YOU ARE ORDERED TO ANNUAL TRAINING (AT) FOR THE PERIOD INDICATED. UPON COMPLETION OF THE PERIOD OF AT,
UNLESS SOONER RELIEVED OR EXTENDED BY PROPER AUTHORITY, YOU WILL RETURN TO THE PLACE WHERE YOU ENTERED AT
AND BE RELEASED FROM SUCH DUTY.

PERIOD: 4   DUTY DAY(S)
REPORT TO: UPPER MARLBORO, MARYLAND
TIME/DATE: NOT LATER THAN 07:00 HRS   2010/08/12      (VOCO DATE: 2010/07/19)
ATTACHED TO:
PURPOSE: AT-VFRE OFF ANNUAL TRAINING (**B8/**C7) - SRP LVL I

ADD'L INSTRUCTIONS:
ORDER MUST BE PAID BY 45 DAYS AFTER TRAVEL OR ORDER WILL BE REVOKED
ADVANCE IS AUTHORIZED; TRAVELER IS NOT GOVERNMENT CREDIT CARD HOLDER.
GOVERNMENT MEALS ARE NOT AVAILABLE OR DIRECTED.
GOVERNMENT QUARTERS ARE NOT AVAILABLE OR DIRECTED.
THIS IS NOT A PERSTEMPO EVENT
FAILURE TO COMPLY WITH THIS ORDER VIOLATES UCMJ
IF YOU CANNOT PERFORM THIS DUTY, NOTIFY YOUR UNIT IMMEDIATELY
POC IS AUTHORIZED AS MORE ADVANTAGEOUS TO THE GOVERNMENT.
TRANSPORTATION UTILIZES GOVERNMENT PURCHASED TICKET (CBA)
USE OF COMM TRAVEL OFFC (CTO) IS MANDATORY FOR COMM TRANSPORTATION
DUTY IS OUTSIDE OF COMMUTING DISTANCE.
FOR ARMY USE AUTH: 10 USC    HOR: SAME AS SNL
ACCOUNTING CLASSIFICATION For FY 2010:

| | | | |
|---|---|---|---|
| 2102070 24-2433 1A1101A0 1198/BEN72830461190/R6Z1B8 012152 | $ | 366.12 |
| 2102070 24-2433 1A1101A0 1199/BEN72830461190/R6Z1B8 012152 | $ | 28.00 |
| 2102070 24-2433 1A1101A0 1250/BEN72830461190/R6Z1B8 012152 | $ | 28.01 |
| 2102070 24-2433 1A1101A0 21T1/BEN72830461190/R6Z1B8 012152 | $ | 350.00 |
| 2102070 24-2433 1A1101A0 21T2/BEN72830461190/R6Z1B8 012152 | $ | 355.40 |
| | Total $ | 1,127.53 |

PERFORMANCE FACTORS:    PART - 1      MOS - 4      FMGR - GW    UUC -
PPN: NA   COMP: USAR    FORMAT: 260     SECURITY CLEARANCE REQUIRED: N    PEBD: 2009/02/08
AT TRNG DAYS: 4      ADT TRNG DAYS: 0    ADTS TRNG DAYS: 0      ADOS-RC DAYS: 0
DISTRIBUTION:
INDIVIDUAL,
UNIT ADMINISTRATOR
USACAPOC COMPTROLLER

OFFICIAL

USACAPOC (A)

FOR THE COMMANDER
KEITH N GAFFORD
LTC, GS
COMPTROLLER

PROGRAM CODE: 1010      RFO NUMBER: 050801
FUND MGR: GW - GWOT

COMPLETION OF CERTIFICATION BELOW IS REQUIRED ON ALL TOURS OF DUTY TO RECEIVE/MAINTAIN PAYMENT. I CERTIFY THAT I HAVE COMPLIED
WITH THE ABOVE ORDER/AMENDMENTS. I HEREBY CLAIM ANY AMOUNT DUE ME. THE STATEMENTS ON THIS FORM ARE TRUE AND COMPLETE. IF A
FEDERAL EMPLOYEE, I CERTIFY THAT I HAVE APPLIED FOR THE APPROPRIATE LEAVE. (INCLUSIVE DATES OF DUTY PERFORMED ARE _____ TO __.
(INCLUDING TRAVEL) A DD FORM 1351-2 WILL/WILL NOT BE SUBMITTED FOR THIS CLAIM.

SOLDIER'S PRINTED NAME                 CERTIFYING OFFICIAL'S PRINTED NAME

SOLDIER'S SIGNATURE/DATE               CERTIFYING OFFICIAL'S SIGNATURE/DATE

PENALTY: The penalty for willfully making a false claim is: A maximum fine of $10,000 or | The Certifying Officer must have personal knowledge or
maximum imprisonment of 5 years or both (U.S. Code, Title 18, Sec 287). | documentation supporting the fact that the duty was satisfactorily performed.

EXHIBIT 24
Official Army orders form listing Bennett's address for
military transfer from Washington DC to CENTCOM, Tampa, Florida.

## April Sinkfield

| | |
|---|---|
| **From:** | Leann Davis |
| **Sent:** | Tuesday, April 26, 2011 1:52 PM |
| **To:** | April Sinkfield |
| **Subject:** | FW: Harbor Bay at MacDill |

Please print

**From:** Rent [mailto:rent@fortknoxnational.com]
**Sent:** Wednesday, February 03, 2010 12:05 PM
**To:** Leann Davis
**Subject:** RE: Harbor Bay at MacDill

Leann,
I checked the ssn# we have in DFAS, and the member does not show in active duty Army. I also checked in the Air Force, and Navy data base. Could this member possibly be Active Reserve or Guard?

Thanks!
Tanya

**From:** Leann Davis [mailto:ldavis@mmhusa.com]
**Sent:** Wednesday, February 03, 2010 10:50 AM
**To:** Rent
**Subject:** Harbor Bay at MacDill

Scott Bennett, last 4 social 7283, Army, received report stating branch of service or social security # are incorrect. I've double checked & both are accurate in our system.. Can you check & see if his account is set up ok?

FKNC Privacy Statement: The information contained in this electronic mail transmission is intended by Fort Knox National Company for the use of the named individual or entity to which it is originally directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Fort Knox National Company at 866-872-7531. Unauthorized use, dissemination, distribution, or reproduction of this message is strictly prohibited and may be unlawful.

### EXHIBIT 25

Housing Office acknowledging Bennett's military status
as "accurate in our system" and not violating base
housing policy. Bennett identified as "Active Reserve"
which is exact same identification he gave to housing
in person, by email, by fax, and on all official docs.
Date was February 3, 2010. No communication of any issues
or problems were forwarded to Bennett until after his
arrest and Detective Garcia challenging Housing Office
and obliging them to "invent a non-existing policy"
that did not exist at the time. Ex post facto violation.

1

Booz | Allen | Hamilton

# Memo

| | | | |
|---|---|---|---|
| TO | Martin Greene | DATE | September 11, 2008 |
| FROM | Scott Bennett / 537112 | CITY | McLean |
| SUBJECT | Secondary Business | CC | Dan Burgess; Jeff Jones |

This memorandum is in reference to my taking a 60-day leave of absence to work for the John McCain Presidential campaign and my compliance with BAH policy regarding that matter.

**Description of the work performed for Booz | Allen | Hamilton:**
In my work for BAH, I currently provide research, analysis, and wargaming support to the US Special Operations Command (USSOCOM). I provide Psychological Operations (PSYOP) support to Joint Military Information Support Command (JMISC) forward. I also serve as Liaison Officer (LNO) to Department of State Counter-terrorism Office (S/CT).

**Work Hours:** 8-5

**Name of business and duties:** John McCain Presidential Campaign

**Title and Duties:** Election staff. Provide assistance to campaign manager Rick Davis in planning, execution and management of all election campaign operations and materials.
**Proposed time commitment to the outside company:**
Will be taking a leave of absence from Sept. 15 to November 15 and during that time will not be working on BAH projects.

**Firm resources:** None.

**Will secondary employment preclude or make it difficult for you to fulfill your obligations to the Firm:** No

**Will outside company have an interest in any Booz | Allen | Hamilton proprietary or confidential information:** No

**In your view, will there be any conflict between the outside business and Booz | Allen | Hamilton:** No

## EXHIBIT 26

Bennett's work for "John McCain Presidential Campaign" on Sept. 11, 2008 to Nov. 7, 2008. Bennett's job description for SOCOM, State Dept. CT also listed.

Employee _____ Date __9-11-08__

*I acknowledge that I have reviewed a copy of this memorandum and I approve of the secondary business.*

Supervisor _____ Date __9-11-08__

EXHIBIT 26

Bennett's agreement to work for John McCain for President campaign.



## EXHIBIT 27

Bennett's military ID listing him as 2LT Army (shown to Housing Office at time of paperwork completion).
Also shown:  Bennett's contractor badge for State Dept.
            Coordinator for Counterterrorism;
            Bennett's Department of Defense Courier card;
            Bennett's "Concealed Carry" firearm permits.

| | |
|---|---|
| From: | Bennett, Scott A CTR USCENTCOM CCJ3/IA-CT-CF [scott.bennett.ctr@centcom.mil] |
| Sent: | Thursday, February 18, 2010 3:14 PM |
| To: | Henry, Devon R. SFC |
| Subject: | RE: Les |

Thanks. If there is an internet email problem affecting your ability to communicate with me, please contact the S-3, Operations, and request a technical investigation of the matter. Contact AKO and communicate to them that for whatever reason your shop seems unable to email to me.

I have been in contact with AKO, and they are telling me it is nothing on my end, so the -problem lies elsewhere.

I'll leave it up to you, as I'm not too worried as long as the LES statements arrive.

Scott

-----Original Message-----
From: Henry, Devon R. SFC [mailto:devon.henry@soc.mil]
Sent: Thursday, February 18, 2010 3:12 PM
To: Bennett, Scott A CTR USCENTCOM CCJ3/IA-CT-CF
Subject: RE: Les

Sir

I will put it in the mail tomorrow.

-----Original Message-----
From: ████████████TR USCENTCOM CCJ3/IA-CT-CF [mailto:scott.bennett.ctr@centcom.mil]
Sent: Thursday, February 18, 2010 3:03 PM
To: Henry, Devon R. SFC
Subject: RE: Les

No, this is the first email I received from you. If you sent another before it, I did not receive it. Please let me know. If it's too problematic electronically sending them, then perhaps they can just be printed out and mailed to me: ████████████████████████
██████████████████

Thanks,
Scott

-----Original Message-----
From: Henry, Devon R. SFC [mailto:devon.henry@soc.mil]
Sent: Wednesday, February 17, 2010 3:36 PM
To: Bennett, Scott A CTR USCENTCOM CCJ3/IA-CT-CF
Subject: Les

Sir

1

EXHIBIT 28
Bennett's communication to Fort Bragg requesting LES
statements for Housing Office (as requested by Housing)

GO 2010-236892 (ARREST -PATR)                    900D - 2 DUI (MISDEMEANOR)

Scanned Image - Type : Other Misc. Documents
Desc : AFFIDAVIT BY U S MILITARY LAW ENFORCEMENT

### Affidavit by United States Military Law Enforcement Officer Pursuant to
### F.S.S. 901.15(9)

I, _Joel A. Rodriguez_, do hereby swear or affirm that while in performance of my duties at the _Visitors Center_ on MacDill Air Force Base, which is Federal Military Property, on _23 Apr 20 10_ at approximately _0220_ AM/PM a _2005 GMW M3 blue_ in color, stopped on the base inside the gate. The Temp Tag state license plate # _S875542_ was attached to the vehicle. The operator of the vehicle identified (himself)/herself as _Scott Allan Bennett_. I asked the driver or passenger(s) for their driver's license or identification. The driver or passenger(s):

( ) could not produce a drivers license

(X) produced an I.D. card

( ) had distinct/strong odor of an alcoholic beverage coming from their breath

( ) had an open container of alcohol in plain view

(X) had a firearm/weapon in plain view

( ) had suspected controlled substance in plain view

(X) other (explain below) _could not follow basic directions   could not find I-D when in plain view_

An NCIC/FCIC search identified the driver as _Scott Allan Bennett_. Further information revealed that the driver's _VA_ state driver's license was:

( ) suspended/cancelled/revoked/not valid

( ) a seizure order was issued for the vehicle registration

( ) not valid

or that the driver or passenger:

( ) had an active arrest warrant issued for him/her

( ) had a BOLO entered into the system for him/her

( ) other (explain below)

_He pulled up for an entry control point, we asked for military I.D. and he couldn't find it. When it was on the lanyard around his neck. I asked him to open all the doors and the hood and he did not comply. At this time I notified supervisor of situation. He had bloodshot eyes and slurred speech._

AME JOEL A. Rodriguez

23 Apr 10                              continued next page/reverse



__EXHIBIT 29__
Affidavit confirming Bennett refused to comply with
military police request to exit vehicle when off-base.
Confirms violation of "Posse Comitatus"; and that guard
lied by saying Bennett "was stopped inside the gate".

# Main Dale Mabry Highway gate

Bennett was stopped outside of this case at the window terminal. His car was not past the window, and had not yet entered base property. He was not asked if a search could be done, he was simply told to exit the car, and a search was done on his vehicle by military police, outside of base property.



http://www2.tbo.com/content/2011/jan/07/071724/macdill-contractor-breeched-security-by-obtaining-/

EXHIBIT 30

Photo of McDill AFB Main Gate. Bennett stopped, arrested and detained off-base, before entering onto base property. Violation of Posse Comitatus. Also security lied in affadavit by saying Bennett was stopped "inside" gate on McDill AFB property.

# Main Gate on Dale Mabry

Night of arrest, Bennett's car was stopped at this location on the McDill Map. It was the main Dale Mabry Highway gate.

Next Day Bennett was stopped at the guard window of this side gate along the water before car entered base property. Was told to exit car, no questions asked, and another search done and Bennett arrested.



## EXHIBIT 31

McDill property map showing both locations where Bennett was stopped, arrested and detained by military security forces. Locations were "Off-base", therefore violation of Posse Comitatus, and confirmation of inaccuracy of security forces' affidavit.

The second, or "Next Day" stop was more serious violation of Posse Comitatus, as Bennett was taken at "gunpoint" across base property line against his will (kidnapping) and interrogated by military security. Violating Bennett's Civil Rights



EXHIBIT 35: aerial photo of main gate. Bennett stopped, arrested, detained on RIGHT side of gate (off-base property).

# THE LAW OFFICES OF DAVID CHALELA, P.A.

DAVID F. CHALELA, ESQ.
3111 W. MLK BLVD, SUITE 100
TAMPA, FL 33607
PHONE (813) 368-0822
FAX (813) 350-7801

May 12, 2010

6 AMW/JA
8208 Hangar Loop Drive
Macdill, AFB, FL 33621

Re: Scott A. Bennett, PhD

Dear Lt Col Martin Mitchell:

I am writing you regarding the recent arrest and subsequent investigation of my client, Scott A. Bennett, PhD. As you are well aware, my client was arrested by SF's on April 23, 2010, pursuant to a suspicion of Driving Under the Influence of Alcohol. He is also suspected of fraudulently procuring base housing, as well as violating 50 U.S.C. 797 for failing to register firearms and weapons in his possession while on Macdill AFB. Please be assured Scott well understands the serious nature of these allegations. As such, he worked rapidly and diligently to successfully comply immediately with 6 AMW/CC's instructions to vacate his housing.

The intent of this letter is to provide you with information which we anticipate that, due to the recentness of the investigation, you do not yet possess. I suggest that this information is vital for you to make an informed decision as to the proper course of action for this case.

As the USAF and the AUSA consider the proper path forward regarding prosecution of Scott's case, I would ask you to take into consideration a few points which I believe are vital in making a well informed decision. First I would like to address Scott's potential as an asset to the USAF accomplishing it's mission. As you can see from the resume I've attached, Scott is an exceptionally bright and well educated individual. As such, he brings a rare and arguably irreplaceable set of skills to the mission as a Counterterrorism Threat Finance Analyst, U.S. CENTRAL COMMAND, J-3, Interagency Action Group. The loss of Scott as an asset will likely have a negative impact on the mission.

As for concern for prosecution for his alleged violations, he is already facing prosecution in Hillsborough County for the DUI charge. Of course, he maintains his innocence and I am confident that the evidence will demonstrate this.

EXHIBIT 32
```
Letter explaining violations and military jurisdiction,
and miscommunications.
```

Regarding the merits of the base housing allegation, I implore you to consider that thus far I am aware of NO evidence whatsoever that Scott held himself out to be on Active Duty orders. Further, please note that the lease agreement nowhere affirmatively states or explains that the resident is required to be, without exception, on Active Duty orders (although there is an argument that it may be inferred under Paragraph 1(ii)). From a legal standpoint, I would urge you to consider that it is unconstitutional to hold someone criminally liable when the language putting the individual on notice is vague at best. It appears from my investigation that this was merely a case of misunderstanding/miscommunication by Scott and Base Housing staff. Scott recently became a Second Lieutenant in the Army Reserves. As a civilian and new Reservist, he is someone completely new to the military world. He was unaware that he was not entitled to temporary base housing and thought that as a contractor and Reservist, he was entitled to temporary housing. He was contracted to pay $1,122/month, so was paying fair market value for the use of the property (the AF has therefore not suffered any financial loss). Please consider that rather than an affirmative malfeasance by any party, this resulted as an oversight by both parties. Finally, my client can produce evidence that he had signed a condominium purchase agreement and made a significant security deposit toward the purchase. This demonstrates that the living arrangement on base was indeed temporary. We anticipate that the evidence will also demonstrate that there was shared intent between Booz Allen Hamilton and/or Base Housing and Scott, that his living arrangements on base be made as a temporary arrangement, in order to accommodate Booz Allen Hamilton's desire that Scott perform a rush move from Washington D.C.

Regarding the alleged failure to properly register his weapons, I would suggest to you that the instructions provided by Base Housing in the Housing Resident Handbook to put individuals on legal notice of time requirements to register weapons are extremely vague. Specifically the instructions fail to give any deadline for registration, stating only that weapons be registered with the Base SF Armory. The specific paragraph of the Handbook reads:

### 1.M. Weapons & Firearms

Weapons, firearms, and ammunition may be kept in residence provided that the weapons are properly licensed in accordance with Florida laws and registered with Base SF Armory. Certain weapons, such as those capable of automatic firearm, may not be kept in residences even though individuals may legally possess the weapons under Florida law. For more information on regulations regarding firearms, please contact the SF Armory at 828-2952. All weapons must be stored and secured under lock and key. A copy of the firearm registration must be submitted to the AMCEC-PM office to be maintained in their file.

The evidence will show that Scott was actively in the process of registering his weapons with the state authorities. Additionally, he had concealed weapons permits

exhibit 32 (page 2)

from other state jurisdictions. Finally, the delay to register with SF's was reasonable, since in addition to starting a new job, moving into temporary housing, shopping for and buying a condominium, he also made a trip to California to visit his uncle who is gravely ill.

I thank you in advance for your time and consideration of this matter. I am at your disposal for a discussion at your convenience. Please do not hesitate to contact me via telephone, email, or letter.

Sincerely,

//Signed//

David F. Chalela, Esq.

Attachments:

Scott A. Bennett Resume

Base Lease Agreement

exhibit 32 (page 3)

JOEL R. TEW, ESQUIRE
COURTNEY A. TEW, ESQUIRE

LEGAL ASSISTANT:
CINDY R. TEW

LEGAL ADMINISTRATOR:
LINDA B. SCHUMACHER

# TEW & ASSOCIATES
## ATTORNEYS AT LAW

TRINITY COMMONS
7747 MITCHELL BOULEVARD, SUITE C
NEW PORT RICHEY, FLORIDA 34655

TELEPHONE:
(727) 645-6944
FAX:
(727) 645-6949

DIRECT DIAL:
(727) 645-6946

Email: lschumacher@tewlaw.us

May 4, 2010

**VIA CERTIFIED MAIL,
RETURN RECEIPT REQUESTED**

Mr. Scott Bennett
c/o Hyde Park Hotel, Suite 211
2105 West Bristol Avenue
Tampa, FL 33606

Re:    Towers of Channelside, Unit 803, T-2

Dear Mr. Bennett:

Enclosed please find your Check No. 3184 in the amount of $10,000.00, inasmuch as you have cancelled your contract for Unit 803, Tower 2, at the Towers of Channelside.

Very truly yours,

TEW & ASSOCIATES

*Linda B. Schumacher*
Linda B. Schumacher
Legal Administrator

LBS/me
Enclosure

{A0229750.DOC }

<u>EXHIBIT 33</u>
```
Bennett's contract to purchase condominium in Tampa,
which had just been completed 1 week prior to Bennett's
arrest.  Confirms Bennett's intention to move "off-base"
and McDill Housing was only temporary for military
transfer purposes.
```

## THE TOWERS OF CHANNELSIDE, A CONDOMINIUM
## PURCHASE AGREEMENT

Purchaser(s) Scott Bennett

Residence (Unit) # 803 -T2

Purchaser SS#/FEI# 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 and

Purchaser Address: 1311 Delaware Ave. SW Apt. #5634 Washington, D.C. 20024

Purchaser Phone: (Home) _____ FAX: _____
(Cell) 813.545.6525 E-MAIL: _____

THIS PURCHASE AGREEMENT (this "Agreement" or "Contract") is made and entered into as of the "Effective Date," as such term is defined in Section 33 below, by and between (i) The Towers of Channelside, LLC, a Florida limited liability company, whose address is c/o Andrew J. Bolnick, Receiver, 3001 Countryside Blvd., Clearwater, Florida, 33761, and whose telephone number is 727-330-7500 (Towers of Channelside, LLC, is referred to herein as "Developer" and/or "Seller"), and (ii) the above named person(s) (singularly and collectively, and jointly and severally referred to herein as "Purchaser").

### WITNESSETH:

FOR AND IN CONSIDERATION of the mutual covenants, conditions and restrictions, contained in this Agreement, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Seller has agreed to sell and Purchaser has agreed to purchase, upon the following terms and conditions, condominium unit # 803-T2 (the "Unit") in The Towers of Channelside, A Condominium (the "Condominium"), a condominium created pursuant to the Declaration of Condominium for The Towers of Channelside, A Condominium recorded in the public records of Hillsborough County, Florida, as the same may be amended from time to time (collectively, the "Declaration"), for the total purchase price set forth in Section 1 below (the "Total Purchase Price").

**ORAL REPRESENTATIONS CANNOT BE RELIED UPON AS CORRECTLY STATING THE REPRESENTATIONS OF THE DEVELOPER. FOR CORRECT REPRESENTATIONS, REFERENCE SHOULD BE MADE TO THIS CONTRACT AND THE DOCUMENTS REQUIRED BY SECTION 718.503, FLORIDA STATUTES, TO BE FURNISHED BY A DEVELOPER TO A BUYER OR LESSEE.**

1.    **TOTAL PURCHASE PRICE:**

Unit:                                                          $ 229,000
Cabana Fee (if any, pursuant to Section 30.Z hereof)   $
TOTAL:                                                        $ 229,000

The Total Purchase Price is payable in U.S. Dollars as follows:

A.     $ 10,000 _____ Initial Deposit due upon signing of this Agreement by Purchaser;

{A0229377.DOC}# 1265625 v4

EXHIBIT 34
Revision Date: Feb 2010

Bennett's contract for condo purchase
established in April.  Confirming Bennett's
impending move off-base.

WPI Segment:    254291
Section/Job:    10180-(2504) 2506
State Road:     685
County:         Hillsborough

STATE OF FLORIDA                          McDILL AIR FORCE BASE

COUNTY OF HILLSBOROUGH                    TRACT 422-E

## EASEMENT

    THIS EASEMENT made this *1st* day of *September*, 1999 by and between the STATE OF FLORIDA by and through its component agency, the STATE OF FLORIDA DEPARTMENT OF TRANSPORTATION, as Grantor, and the UNITED STATES OF AMERICA, as the Grantee.

## WITNESSETH:

    That the Grantor, for and in consideration of the sum of One Dollar and other good and valuable considerations to it paid by the Grantee, receipt of which is hereby acknowledged, does hereby remise, release and grant unto the Grantee, insofar as the right, title and interest of the Grantor may extend, and subject to the conditions hereinafter set forth, an exclusive easement, license and right to occupy, use, maintain, control, police and protect the following premises, in the county of Hillsborough and State of Florida, to-wit:

    A right-of-way 100 feet wide lying and being in Section 16, Township 30 South, Range 18 East, Tallahassee Meridian, Hillsborough County, Florida, and lying 50 feet on each side of a centerline more particularly described as follows:

    Beginning at a point which is in the center of Florida State Road No. 685 (Dale Mabry Highway) and on the north right-of-way line, extended, of Prescott Street as shown on a plat of "Eden Park", recorded in Plat Book 8, page 58 of the records in the Office of the Clerk of the Circuit Court of Hillsborough County, Florida;

    Thence North along the centerline of said state road a distance of 160 feet, more or less, to a point on the north right-of-way line, extended, of Marcum Street (Highway Station 32+08.80), said point designated "A" for reference hereinafter

    AND

    A right-of-way 110 feet wide lying and being in Section 16, Township 30 South, Range 18 East, Tallahassee Meridian, Hillsborough County, Florida, and lying 50 feet right (east) and 60 feet left (west) of a line more particularly described as follows:

[signature stamp: *P. Battle* / L E G A L]

## EXHIBIT 36

    State of Florida agreement with McDill AFB, establishing "proprietary jurisdiction" (no police power) off-base.

03/03/1999  11:11   6182563148        --HQAMCCEP                    PAGE  04
  09/  /95  10:83 FAX 3346907548      CESAH-RE                      @004
UPT   eguipmt: .   254851
  Sec    on/Job:   10180-(2..4) 2306
  Sta    ·Bouds    685
  Cou    P:         Hillsborough

Beginning at that certain point designated "A" for reference hereinabove;

Thence North along the centerline of said Florida State Road No. 635
. (Dale Mabry Highway) a distance of 274.69 feet, more or less, to a point on the south
right-of-way line, extended, of Pinewood Street (Highway Station 34+83.49),

Containing 1.08 acres, more or less, and designated as Tract 422-E of
MacDill Air Force Base.

This easement and the rights and privileges hereby conferred shall be and remain
subject to the following conditions, viz:

(a) Whenever the premises shall be no longer necessary for the uses and purposes of
the Grantee, the said premises shall, subject to the Grantee obtaining the necessary funding, be
restored by the Grantee to the same condition as said premises may be on the date hereof,
including pavement, drainage and other highway facilities, to the satisfaction of the Grantor's
State Highway Engineer, and shall deliver up possession of said premises unto the said
Grantor, and such delivery of the premises to said Grantor shall be deemed a termination of the
easement herein granted. The Grantor understands that the Government's liability under this
clause may not exceed appropriations available for such payment and nothing contained in this
. Agreement may be considered as implying that Congress will at a later date appropriate funds
to meet deficiencies. It is the expectation of the Parties to this easement that all obligations of
the Grantee arising under this easement will be fully funded. Grantee agrees to seek sufficient
funding to fulfill its obligations under this easement. However, any requirement for the
payment or obligation of funds, and no provision herein shall be interpreted to require
obligation or payment of funds in violation of the Antideficiency Act, 31 U.S.C. '1341.

(b) The rights and privileges hereby conferred shall not be transferred nor assigned by
said Grantee without the written permission of the Grantor.

(c) The acceptance of this easement and occupation and use of said premises as
allowed hereunder by the Grantee shall constitute acceptance of all the conditions herein set
forth.

(d) Grantee covenants that the use, maintenance, control, policing and protection of the
described premises will not impede public access to the public right of way of Marcum Street,
a public street owned, operated, and maintained by the City of Tampa.

IN WITNESS WHEREOF, the State of Florida Department of Transportation has
caused these presents to be signed by the District Secretary, District Seven, in the name of the
State of Florida, and its seal to be hereto affixed and attested to by the Executive Secretary on
the date first above written.

> STATE OF FLORIDA
> DEPARTMENT OF TRANSPORTATION
> DISTRICT SEVEN



EXHIBIT 36 (page 2)

WPI egment: 254851
Sec on/Job: 10180-(2504) 2506
Sta Road: 685
Cou y: Hillsborough



BY: _____
Kenneth A. Hartmann, P.E.
District Seven Secretary

ATTEST: _____

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

The foregoing instrument was acknowledged before me this __6ᵗ__ day of
__SEPTEMBER__, 1999, by Kenneth A. Hartmann, P.E., District Seven Secretary, and
attested to by __DONNA McDONALD__, Executive Secretary of the State of Flor da,
Department of Transportation, who are personally known to me, and who did not take an oath.

_____

NOTARY PUBLIC
STATE OF FLORIDA AT LARGE

Prepared under the supervision of:

_____, Assistant General Counsel
Florida Department of Transportation
11201 North McKinley Drive
Tampa, Florida 33612

ACCEPTED
UNITED STATES OF AMERICA

BY: Donald L. Burchett
Chief, Real Estate Division
Mobile District, U.S. Army
Corps of Engineers

_____
WITNESS

This Instrument prepared by
JOSEPH P. GIVHAN, Attorney
Corps of Engineers, Mobile District
P. O. Box 2288, Mobile, AL. 36528

EXHIBIT 36 (page 3)

Daniel S. Burgess
8012 Readington CT
Springfield, VA 22152

May 3, 2010

Whom it May Concern:

I have known Scott Bennett for over four years. We met through a mutual friend and I was so impressed by Scott's knowledge and ideas, I offered him a job working with me at Booz Allen Hamilton. Over the past few years, I have found Scott intelligent, morally astute, extremely trustworthy, and a law abiding citizen.

As a retired Major in Strategic Intelligence I have commanded or was in charge of hundreds of men. As a combat veteran, I have seen men under stress in the most difficult of times. I would go to war with Scott and share a foxhole.

When Scott came aboard my team, he was assigned as the Liaison Officer for U.S. Special Operations Command (SOCOM) to the State Department working with the Ambassador-at-Large for Counterterrorism. In this capacity, Scott obtained a Top Secret/SCI security clearance, and was responsible for analyzing and producing Psychological Operations (PYSOP) products and strategies for combating terrorism.

As his supervisor, I was also instrumental in guiding Scott to become an Officer in the U.S. Army Reserve, where he joined the 11th PSYOP Battalion at Andrews AFB Maryland. Scott recently was requested by Booz Allen Hamilton and U.S. Central Command (CENTCOM) to serve as a Counter Threat Finance Analyst for CENTCOM's war operations. In this capacity, Scott conducted research on terrorist finance operations, networks, and strategies, and created products for CENTCOM and SOCOM to utilize in countering these terrorist finance operations.

Scott's unique background in Advertising, his experience working for the Bush Administration in a counterterrorism and interagency capacity, and his Army Reserve PSYOP background, gives him a unique advantage over other personnel assigned to CENTCOM and its military operations.

Scott Bennett provides very important skillsets, professional contacts, and experiences necessary to help the United States effectively combat terrorist activities. I would strongly recommend Scott Bennett be allowed to continue this work and hold his security clearance in order to continue helping to protect and advance the interests of the United States domestically and abroad.

EXHIBIT 37
Booz Allen Hamilton character reference.

To Whom it May Concern
May 3, 2010
Page 2

If you would like additional information about Scott, you can telephone me at (703) 451-1980 or
e-mail me at daniel-burgess@us.army.mil.

Respectfully,

Daniel S. Burgess
Major (ret), USA

EXHIBIT 37 (page2)

To whom it may concern:

I have known Scott Bennett as a social science intern of mine at the Heritage Foundation when he was working on a Ph.D. at Catholic University. He was a diligent worker and followed through on all tasks given him which he completed well. In all things he fits the ethos of the Army: a sense of privilege in serving his country. He will bring energy and creativity to that service.

He is a trustworthy and law abiding citizen.

He performs duties and holds responsibilities in his civilian job and as an Officer in the military that are very important to our country's war on terror.

Mr. Bennett is a loyal American with the best interests of our nation, and I would trust him to hold a security clearance and perform his job to the best of his ability.

Sincerely yours

Patrick Fagan


Patrick F. Fagan, Ph.D.,
Senior Fellow and Director,
Marriage & Religion Research Institute (MARRI)
Family Research Council
801 G St. N.W.
Washington D.C. 20001
Ph: 202-393-2100          202-393-2100          .
email: PFF@FRC.ORG

EXHIBIT 38
Family Research Council character reference/

To whom it may concern:

I made the acquaintance of Scott Bennett while we were both stationed at Fort Jackson, South Carolina as students in the Adjutant Generals Basic Officer Leaders Course. Scott quickly set himself apart as a very capable student and leader who had the ability to make quick, educated decisions that had a lasting and positive effect for all the students in our class. His intelligence and intellectual abilities were so evident that very early in the course he was assigned to the position of class leader, who was responsible for accountability, and welfare of all the other students.

Scotts' leadership was not just evident at the AG school, after completing this course, he was assigned the task of being the S1 Officer in Charge of a PSYOP unit, this is a position that a great deal of officers duck and dodge, however Scott accepted it with the same duty and dedication and has done an immensely wonderful job at bringing his competence and expertise in the field of Army Human Resources to this unit. In his civilian life, there is no difference between his abilities and dedication; he works for CENTCOM as a Threat Finance Analyst for Booz Allen Hamilton.

As an Army officer, I am well accustomed to leading men, and recognizing leaders. As a prior Non Commissioned Officer, I like to believe that I am well accustomed to identifying leaders, who are dedicated and have a sincere concern for soldiers. Scott fits the mold for both of these, he is truly a leader dedicated to his craft and his soldiers.

The skill sets, long list professional contacts, and extensive real world experiences are a necessity to the United States if we are to continue to be able to effectively combat terrorist activities against our nation and her our allies. I strongly recommend and encourage Scott Bennett be allowed to continue his work, and maintain his clearance. Scott Bennetts' clearance is a must in order to continue protecting and advancing the United States both foreign and domestic.

Very Respectfully

1LT James C. Height

910-583-3357

EXHIBIT 39
Army colleague reference

**MARK P. BREWER**
**1864 Mid Ocean Circle**
**Sarasota, Florida 34239-3409**
**Work: (941) 316-8348-Ext. 304/// Home:(941) 371-4170**
markpbrewer@comcast.net

*Military Experience:*

**Cadet:** U.S. Army Junior ROTC, Sarasota High School, 1972-1975, Cadet First Sergeant and Cadet Captain. In processed and out-processed from Fort Benning government housing.

**Cadet:** South Carolina Corps of Cadets, The Citadel, Charleston, South Carolina, 1975-1979, Army Contract, Commissioned 2LT, U.S. Army. In processed and out-processed from Fort Bragg government housing.

**Platoon Leader:** 320th MP Company, USAR, 1979-1981, Graduate U.S. Army Military Police Corps Officer Basic Course and Physical Security Course, Fort McClellan, Alabama. In processed and out-processed from Camp Blanding, Camp Shelby and Fort McClellan government housing.

**Platoon Leader:** CSC, 108th Infantry Bn, NYARNG, 1981-1982. Promoted to First Lieutenant and passed Board for Infantry Branch qualification. In processed and out-processed from Seneca Army Depot (SEAD) government housing.

**Training Officer and Detachment Commander:** 112th MP Bn, MSARNG, 1982-1985. Taught candidates for three years at MMA OCS.Activated for Hurricane Elena in 1985.Instructed Units in Mobilization Requirements throughout Mississippi. In processed and out-processed from Fort Benning, Camp Shelby, Biloxi SeaBee(U. S. Navy Construction Battalion) Base and Camp Beauregard, LA, government housing.

**Assistant Staff Judge Advocate:** 82d Airborne Division, Fort Bragg, NC, 1986-1989. Graduate of Judge Advocate General's Corps Basic Course, Parachute School and many in-residence courses. Promoted to Captain.Represented paratroopers at Fort Bragg, other Army posts and overseas. In processed and out-processed from Fort Bragg, Fort Benning, Fort Jackson, Fort Lee, Fort A.P. Hill and The Judge Advocate General's School Army (TJAGSA) government housing.

**International Law Attorney:** 199th International Law Detachment, USAR, 1989-1999. Represented soldiers and units on active duty and in reserve status.Completed Judge Advocate Graduate Course.Promoted to Major. In processed and out-processed from Fort Gordon, Fort Benning, TJAGSA, Stuttgart, Panzer Kaserne and Heidelberg government housing.

**War Crimes Prosecutor:** 199th International Law Detachment, mobilized for Desert Storm (1990-1991) to be Operationally Controlled by the USCENTCOM Staff Judge Advocate

<u>EXHIBIT 40</u>
Army protocol legal expert witness confirming that <u>none</u> of Bennett's actions were in violation of military <u>policy</u> or DoD regulations (housing, uniform, firearms).



V. DELLUMS
7.  " CALIFORNIA

J PERSON
' ' EE ON THE
' OF COLUMBIA

' 'CES COMMITTEE

A PERSON
CMMITTEE ON
NSTALLATIONS
FACILITIES

A BURN BUILDING
TON, DC 20515
225-2681

OTHA SCOTT
RATIVE ASSISTANT

ERT BRAUER
CAL COUNSEL

# Congress of the United States
## House of Representatives

February 8, 1988

ANY REPLY TO THIS LETTER
SHOULD BE ADDRESSED TO
OFFICE CHECKED:

☐ 201 13TH STREET, SUITE 105
    OAKLAND, CA 94617
    (415) 763-0370

☐ 1720 OREGON STREET
    BERKELEY, CA 94703
    (415) 548-7767

☐ 3557 MT. DIABLO BOULEVARD
    LAFAYETTE, CA 94549
    (415) 283-8125

DONALD R. HOPKINS
DISTRICT ADMINISTRATOR

Mr. Scott Allan Bennett
505 Highland Drive
Danville, Ca. 94526

Dear Mr. Bennett:

We are pleased to inform you that I have named you as one of my Competitive Nominees for an appointment to the U.S. Air Force Academy. If you are selected by the Academy for an appointment, you will be notified later in the spring.

Mr. Sandre R. Swanson, my Administrative Assistant in our Oakland District office, is in charge of our files on academy nominations and if you have any question please feel free to call him.

Congratulations and good luck.

Sincerely yours,

Ronald V. Dellums
Member of Congress

RVD:srs

## EXHIBIT 42

Scott Bennett's appointment to U.S. Air Force Academy by Congressman Ron Dellums (CA).

COMMITTEES

WAYS AND MEANS

SUBCOMMITTEE ON PUBLIC
 EMPLOYEES AND BONDED
 INDEBTEDNESS

JOINT BUDGET COMMITTEE

GOVERNMENTAL ORGANIZATION

ELECTIONS, REAPPORTIONMENT
 AND CONSTITUTIONAL
 AMENDMENTS

COMMISSION ON STATE
 FINANCE



# Assembly
# California Legislature

## WILLIAM P. BAKER
ASSEMBLYMAN, FIFTEENTH DISTRICT
VICE CHAIRMAN
COMMITTEE ON WAYS AND MEANS

January 11, 1988

Hon. Pete Wilson
United States Senate
2040 Ferry Building
San Francisco, CA 94511

Dear Senator Wilson:

It is a pleasure for me to recommend Scott Allan Bennett for appointment to the United States Air Force Academy.

Scott has maintained an excellent academic record while participating in sports and numerous extracurricular activities. He has been an active member of Civil Air Patrol where he serves as a non-commissioned officer. He is also a member of the Boy Scouts of America, Junior Statesman of America and Future Business Leaders of America.

I believe Scott has the interest and dedication to be an outstanding cadet at the Air Force Academy and I respectfully request your favorable consideration of his application.

Thank you for your consideration.

Sincerely,


WILLIAM P. BAKER
Assemblyman, 15th District

WPB:vms

Blind Copy: Scott Bennett

---

## EXHIBIT 43

Bennett's U.S. Air Force Academy recommendation by Congressman William Baker.

REPLY TO

TO ADDRESS
STATE CAPITOL
INTO 95814
916 445-6583

1ST AVENUE
TE 200
SE 94518
415 689-1973

COUNTY
RD STREET
SO 94509
415 754-3011

COUNTY
EALTH BLDG
H STREET
SO 94805
415 236-3620



# Senate
# California Legislature

### DANIEL E. BOATWRIGHT

MEMBER

APPROPRIATIONS COMMITTEE
BANKING AND COMMERCE COMMITTEE
ELECTIONS COMMITTEE
REVENUE AND TAXATION COMMITTEE
JOINT COMMITTEE ON PRISON
   CONSTRUCTION AND OPERATIONS
CALIFORNIA PUBLIC PROCUREMENT
   ADVISORY COMMITTEE

CHAIRMAN
SELECT COMMITTEE ON
   STATE PROCUREMENT AND
   EXPENDITURE PRACTICES

REPRESENTING
SEVENTH SENATORIAL DISTRICT
CONTRA COSTA COUNTY

January 11, 1988

To Whom it May Concern:

It has recently come to my attention that Scott Allan Bennett of Danville, California has made application to be admitted to the United States Air Force Academy.

I have had an opportunity to review Scott's credentials and believe that he would make an outstanding member of the Air Force.

Scott has been able to maintain an excellent scholastic average while being extensively involved in extracurricular activities. Those activities include active participation in the Civil Air Patrol where he is a non-commissioned officer, the Junior Engineers and Tactical Supervisors Club president, as well as a flight instructor.

His life's ambition has been to attend the Air Force Academy and to become a pilot, just as his father was a Marine Corps pilot during the Vietnam War. I hope that you will agree with me that Scott represents the type of well-rounded individual that I believe would make an excellent addition to the Academy.

Scott Allan Bennett is an outstanding young man. I hope his candidacy will be given your serious consideration.

Very truly yours,

DANIEL E. BOATWRIGHT

DEB:Tdr

## EXHIBIT 44

Bennett U.S. Air Force Academy recommendation by Senator Daniel Boatwright.

Booz Allen Hamilton Inc.
13200 Woodland Park Road
Herndon, VA 20171

Tel 1-703-984-1000
Fax 1-703-984-0289

www.boozallen.com

# Memo

| | | | |
|---|---|---|---|
| TO | Scott Bennett | DATE | January 22, 2010 |
| FROM | Kim Franklin | CITY | Herndon, VA |
| SUBJECT | Relocation Agreement | | |

This memo confirms our recent discussion regarding the terms and conditions of your transfer and relocation from Washington, DC to Tampa, FL effective February 1, 2010. As agreed, Booz Allen will reimburse certain relocation costs as outlined in this agreement. Additional details are included in the Booz Allen Hamilton U.S. Relocation Policy Guidelines for Associates.

In order to be eligible for relocation benefits detailed in the guidelines, home-owning transferees should not contact any real estate broker regarding the sale of their current residence or purchase of a new residence prior to first speaking with their assigned Relocation Counselor. While home sale and home purchase benefits are not provided by the guidelines, homeowners relocating under the provisions may be entitled to receive certain incentives in conjunction with the sale and purchase of homes in the home and destination locations. Adherence to these instructions will assist the Firm in its efforts to control overall relocation expenses while also delivering a cost-effective relocation program to you, through its relocation service provider.

- **Relocation Points of Contact:** I will be your primary point of contact on the Global Relocation Services Team for policy and service matters and can be reached at: 703-984-0141 or franklin_kim@bah.com

  Your point of contact at Weichert, our third-party relocation services provider, will be Andrea Daly. Andrea will contact you within 24 hours of your move initiation to coordinate the logistics of your move and handle all relocation services. She can be reached at: 781/681-3056 or adaly@wrri.com

- **Relocation Time Off:** Employees relocating at the firm's request may receive up to two days of paid leave, which may be taken in hourly increments, for relocation related travel and settling in matters. Choose "Special Programs" from the "Add Absence" dropdown menu in TOL. A line will appear in your timesheet, complete with a charge code. Enter your relocation time on the appropriate day and "Save". Select "Relocation Absence" as the reason code.

## EXHIBIT 41

```
Booz Allen Hamilton transfer agreement to move Bennett's
property to McDill AFB (firearms, ammo, military gear, etc.)
```

- Relocation Budget: The budget for your relocation is $25,000. However, upon initiation with Weichert, they will complete a cost projection based on your needs assessment and that will become your new budget. Any costs incurred in relation to your relocation will be managed to this budget. Expenses in excess of your relocation budget will be considered a personal expense. Please note that there will be no in lieu of benefits provided. In addition, you should work with Weichert in order to maximize your relocation budget in the most tax effective manner. In order to be reimbursed for your relocation expenses, all services should be coordinated through Weichert.

- Relocation Provisions:

  o Shipment of Household Goods and Automobile(s): Booz Allen will pay the reasonable costs of packing, shipping, and insuring in transit your household goods and personal effects from one location. In addition, you will be reimbursed the cost of shipping one automobile if the relocation distance traveled is greater than 1,000 miles. Weichert will provide you with the details on the insurance coverage level reimbursed by the firm.

  o Storage: Booz Allen will pay the reasonable costs of storing your household goods until such time as you move into your permanent housing or for a period of up to 30 days, whichever is sooner. The firm will also pay for insurance on your household goods while they are in storage.

  o Home Finding or Temporary Living Assistance: Booz Allen will reimburse you and your spouse/domestic partner for expenses associated with either locating and securing housing (reimbursement will include advanced purchase economy class air travel, transport to and from airports if flying or mileage at the current IRS mileage rate, plus tolls. Hotel accommodations, meals, and incidentals are subject to published GSA per diem rates per location of where expenses are incurred) or 30 days of temporary living hotel or apartment accommodations. The firm will reimburse the hotel or apartment cost plus applicable taxes. All other costs are considered a personal expense.

  o Final Move: Booz Allen will reimburse final move travel expenses for you and your approved relocating family members via advanced purchase economy class air travel or mileage at the current IRS mileage rate. Hotel accommodations, meals and incidentals, for every 350 miles traveled, are subject to published GSA per diem rates per location of where expenses are incurred.

  o Relocation Allowance: Booz Allen will reimburse up to $1,500 for documented relocation expenses not otherwise covered in the Relocation

<u>EXHIBIT 41 (page 2)</u>

Guidelines. For a comprehensive listing of those documented expenses, please refer to your policy guidelines.

- Tax Compliance and Withholding: Under US tax laws, most relocation expenses will be considered taxable, with the exception of the shipment of your household goods and final move to the new location (excluding meals and a portion of your mileage). Please consult with Andrea or your tax advisor on the taxability of your relocation expenses.

  If your expense report includes any taxable reimbursements, the appropriate US, state/local and Social Security/Medicare taxes will be withheld, resulting in a net check. If any of your taxable relocation expenses are direct billed (Temporary Living, for example), we will report the amount to Booz Allen Payroll and appropriate taxes will be taken out of a subsequent pay check.

  If you are relocating to a new State, it is recommended that you fill out a new State Tax Form and submit the completed form to the Booz Allen Payroll Department. Tax forms can be found on the payroll website http://workcenter.probusiness.com .

- Federal Acquisition Regulation (FAR): Booz Allen's relocation entitlement and reimbursement guidelines are in accordance with the Federal Acquisition Regulation. Please consult with Weichert on FAR guidelines.

- Relocation Expense Charge Number: For the purposes of reporting your relocation expenses, you are authorized to use charge numbers G0TR30000000000000000 (50% Career Mobility) & G03CBG000000000000000 (50% Gaining Team). All relocation expenses not paid directly by Booz Allen should be documented on a relocation expense form provided by Weichert. Original receipts are required for expenses in excess of $75. However, Booz Allen policy stipulates original proof of payment is required for all cell phones, hotel, lodging, airfare, apartment rental, and car rental expenditures, regardless of the dollar amount.

- Timeframe for Incurring and Submitting Relocation Expenses: Unless otherwise stated, all relocation expenses should be submitted for reimbursement within 60 days of the date the expense is incurred. You will be reimbursed only for eligible expenses that you incur and submit within one year of your transfer date. Since our relocation expense process has been outsourced to Weichert, please submit your relocation expense forms and related receipts directly to:

> Weichert Relocation Resources, Inc.
> Andrea Daly
> 120 Longwater Drive
> Norwell, MA 02061

EXHIBIT 41 (page 3)

- **Repayment of Relocation Expenses:** Should you voluntarily resign or take leave of absence from Booz Allen prior to completing one full year of service from your change in permanent duty station, you agree to repay the firm all relocation expenses incurred on your behalf.

- **Telephone Contact Used to Provide Relocation Support:** In an effort to provide you with the best possible relocation support, Booz Allen will work with Weichert Relocation, the firm's third party move management partner to coordinate your move. Weichert will manage the services of the various real estate agents, household goods movers, residential mortgage providers and other destination support vendors involved in the delivery of approved services. In the event you have registered your home phone numbers in the national and/or state "Do Not Call Directories", we want to alert you that you may receive a call from Weichert or one of their participating relocation service providers.

Your participation in the firm's relocation program, and your signature, on this letter will be considered expressed consent for the vendors to call you to discuss the delivery of relocation support services.

If you have any questions about the relocation process, please contact me. I look forward to working with you throughout your move.

Please sign below to indicate that you understand and accept the terms outlined in this agreement, and return a signed copy to Andrea via fax to 973/630-3770. For purposes of this document, a signature contained on a facsimile shall be considered an original signature. Services will be initiated once your Weichert coordinator receives your signed agreement.

In addition, your signature will also indicate that you knowingly and voluntarily authorize the firm to deduct any amount owed to the firm under this relocation agreement, from your final pay check. In the event that any and all monies due to me at the time of resignation are insufficient to reimburse the firm in full, I hereby agree to pay any and all balances due therefore, to the firm in full upon demand.

The provisions of this agreement are understood and the terms hereby accepted.


Accepted by: _____          _____
               Scott Bennett                                                          Date

Approved by: _____          1/22/10
              Dov S. Zakheim                                                      Date

**EXHIBIT 41 (page 4)**



MacDill AFB
Tampa, Florida

January 2011

JURISDICTION OF
REAL PROPERTY
MACDILL AFB

D-5

Legend

N
W  E
S

EXHIBIT 45: Jurisdiction of McDill AFB. Bennett's