UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:11-CR-14-T-33AEP

SCOTT ALLAN BENNETT

GOVERNMENT'S RESPONSE TO DEFENDANT'S
SUPPLEMENT TO HIS MOTION TO FOR NEW TRIAL

The United States of America hereby responds to the Defendant's Supplement to his Motion for a New Trial (Dkt. No. 173 and 174). Although the defendant refers to this as a supplement to a motion to dismiss, Dkt. No. 173 at 1, the text of the motion makes clear that he intends to present this information as additional "newly discovered evidence" in support of his motion for a new trial (Dkt. No. 171). The government relies on its response in opposition to that motion (Dkt. No. 172). None of the documents provided by the defendant in his Supplement are new. All of the documents relate to information and events that the defendant could have presented at trial. See, e.g., United States v. Lee, 68 F. 3d 1267, 1274 (11th Cir. 1995) (holding that in order to be entitled to a new trial, the defendant must first show that "the evidence was in fact discovered after trial). Thus, the supplement provides no support for the defendant's request for a new trial.

## III.  CONCLUSION

As set forth in its response in opposition to the defendant's motion for a new trial (Dkt. No. 172), the government requests that the defendant's motion for a new trial based on newly discovered evidence be denied.  The undersigned will serve a copy of this response, as well as Dkt. No. 172, on the defendant at the address indicated in the certificate of service.

        Respectfully submitted,

        ROBERT E. O'NEILL
        United States Attorney


By:   *s/Sara C. Sweeney*
        SARA C. SWEENEY
        Assistant United States Attorney
        United States Attorney No. 0000119
        400 North Tampa Street, Suite 3200
        Tampa, Florida  33602
        Telephone:  (813) 274-6000
        Facsimile:  (813) 274-6103
        E-mail:  sara.sweeney@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Notice will also be sent via First Class U.S. Mail to the following non-CM/ECF individuals:

>Scott Allan Bennett
>Inmate No. 29418-016
>FCI Schuylkill, Camp 2
>Federal Correctional Institution
>P.O. Box 670
>Minersville, PA 17954-0670

By:   *s/Sara C. Sweeney*
      SARA C. SWEENEY
      Assistant United States Attorney
      United States Attorney No. 0000119
      400 North Tampa Street, Suite 3200
      Tampa, Florida  33602
      Telephone:  (813) 274-6000
      Facsimile:  (813) 274-6178
      E-mail:  sara.sweeney@usdoj.gov