Exhibit 6

SCOTT BENNETT
23 RAILROAD AVE, #23
DANVILLE, CA 94526
925.391.0407
armypsyop@outlook.com

August 11, 2014

John Ley, Clerk of the Court
c/o Denise E. O'Guin, A
United States Court of Appeals
For the Eleventh Circuit
Elbert Parr Tuttle Court of Appeals Building
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

> RE: Complaint to Postmaster General, et al
> To be included as "**Exhibit A**" in previously submitted
> Petition to Re-open Appeal Number: 13-13375-A
> Case Style: USA v. Scott Bennett
> District Court Docket No: 8:11-cr-00014-VMC-AEP-1

Dear Clerk of the Court:

Please find enclosed my complaint filed with the Postmaster General Pat Donahoe, and other parties, for intentional and pre-meditated "**mail tampering**", and other serious federal criminal and administrative charges, relating to my U.S. mail from the 11th Circuit Court of Appeals, and from other government and military agencies.

I request that this "complaint letter" be filed in the 11th Circuit Court record as part of my case docket, and included as "**Exhibit A**" for consideration under my previously submitted petition entitled:

APPELLANT'S PETITION TO RE-OPEN APPEAL, GRANT EXTENSION OF TIME, AND RESCHEDULE APPEAL BRIEFING SCHEDULE DUE TO
"LACK OF NOTICE" AND "IN FORMA PAUPERIS" ERROR
PURSUANT TO RULE 24, RULE 36, AND RULE 40 OF THE FEDERAL RULES OF APPELLATE PROCEDURE

As I communicated in my letter and Petition submitted to you on August 2, 2014, I did not receive any notice by the 11th Circuit Court of Appeals ruling on my "in forma pauperis" motion, or "appeal briefing schedule" for my above referenced appeal. The result of this tampering was a serious obstruction of justice, and potentially other criminal charges. I am requesting a full investigation and prosecution of my complaint.

1

This complaint was filed because my mail was tampered with by employees or contractors of the Department of Justice/Bureau of Prisons/ GEO Services Residential Re-Entry Center, and my 6th Amendment and Due Process rights violated as a result.

I am happy to provide the Court with any information in this matter as part of its sua sponte investigation, as I would certainly expect it to be outraged by any intentional obstruction of justice and denial of constitutional rights as a premeditated conspiracy to close my appeal by manipulating the U.S. Postal Service system in order to miss "deadlines".

Please confirm that this complaint has been entered into the docket as an exhibit, and advise me on my pending "petition to reopen my appeal due to lack of notice".

Respectfully submitted,

Scott Bennett

cc: Judge Virginia Hernandez-Covington, Federal Judge, Tampa District Court

Judge Advocate General, U.S. Army Legal Service Agency, Trial Defense Services

# EXHIBIT A

SCOTT BENNETT
23 RAILROAD AVE, #23
DANVILLE, CA 94526
925-391-0407
armypsyop@outlook.com

August 9, 2014

TO: U.S. POSTMASTER GENERAL
Pat Donahoe
475 L'Enfant Plaza SW
Washington DC 20260-0010

CC: Major General David E. Quantock
U.S. Army Criminal Investigation Command
Russell Knox Building
27130 Telegraph Road
Quantico, VA 22134-2253

U.S. Senate Committee on Armed Services
Russell Senate Building, Room 228
Washington, D.C. 20510-6050

United States House Committee on the Judiciary
Chairman Bob Goodlatte
2138 Rayburn House Office Building
Washington, D.C. 20515

United States Senate Committee on the Judiciary
Chairman Patrick J. Leahy
224 Dirksen Senate Office Building,
Washington, D.C. 20510-6050

Policy and Program Development
USPS Headquarters
475 L'Enfant Plaza SW
Washington DC 20260-0004
U.S. Postal Inspection Service's Criminal Investigations Service Center
222 S. Riverside Plaza, Suite 1250, Chicago

Office of the Inspector General
U.S. Department of Justice
Investigations Division
950 Pennsylvania Avenue, N.W.
Room 4706

Washington, DC 20530

Constance M. Cook, LCSW
U. S. Probation Officer
Northern District of California
1301 Clay Street, Suite 220 South
Oakland, CA 94612

FR: Scott Bennett

RE: COMPLAINT FOR MAIL FRAUD AND MAIL TAMPERING, CONSPIRACY TO COMMIT MAIL FRAUD AND MAIL TAMPERING, OBSTRUCTION OF JUSTICE, MAKING A FALSE STATEMENT TO A GOVERNMENT AGENCY, AND VIOLATION OF RIGHTS OF A MILITARY OFFICER

Dear Mr. Postmaster General:

This letter serves as my official notice and complaint against a party for "intentional mail tampering" and "obstruction of justice" and "conspiracy to commit obstruction of justice" and "conspiracy to commit mail tampering", and other violations of law. I hereby request an immediate investigation into this matter, and filing of federal criminal charges against the persons and agencies involved by your office.

**COMPLAINT:**
The 11th Circuit Court of Appeals recently mailed official court documents to me regarding a legal matter. See Exhibit 1. These materials were mailed to me "care of" the United States Department of Justice/Bureau of Prisons. According to federal and state law, these materials were to be provided to me upon receipt by the receiving parties at the Department of Justice/Bureau of Prisons/GEO Services Residential Re-Entry Center.

However, instead of giving me this official U.S. Mail (court documents), this mail was "hidden" from me and intentionally returned to the Court under the false pretenses of "whereabouts unknown". Be advised, at all times relevant, the receiving agency—the U.S. Department of Justice/Bureau of Prisons—and its employees knew full well of my exact location, since I was officially "in the custody of the Department of Justice/Bureau of Prisons/GEO Services Residential Re-Entry Center".

Since the definition of "custody" is "the exercise of control over a person", this clearly includes "control over and knowledge of" the person's physical whereabouts/location/mailing address. This is obvious to even the most severely intellectually and ethically challenged; and therefore ignorance of the law cannot be tolerated as an excuse for this agency's action, nor can "Executive Privilege".

This action was not only a clear misrepresentation to the 11th Circuit Court of Appeals and abusive manipulation of the U.S. Postal Service, but demonstrates a more insidious agenda of inter-agency government corruption through what can only be interpreted as a calculated and conscious strategy of intentionally misleading the U.S. Postal Service as a tactic to circumvent the Constitutional Court system and due Process rights afforded to citizens to redress legal grievances.

Since the Office of the Inspector General investigates fraud, abuse, waste and misconduct in the United States Department of Justice, this should be investigated as a criminal matter, and as such I am forwarding a copy of this complaint to the House and Senate Judiciary Committees.

Since it involves the violation of the rights of a military member and the constitutional separation of civilian-military court jurisdiction, I am also forwarding a copy to the House and Senate Armed Services Committees, Military Criminal Investigation Command, and requesting an Congressional and military investigation.

Additionally since this act constitutes "Waste, Fraud, and Abuse" it should be immediately reported to the U.S. Postal Service Inspector General, under federal whistleblower statutes; and construed as a violation of 18 U.S.C. §1001 (false statement), among other violations of law, professional conduct, and ethical responsibility of government officers.

**CONCLUSION:**
Intentionally "**conspiring to hide or return mail**" for the purposes of forcing a citizen to <u>miss vital court filing deadlines</u> is an unconscionable and obscene betrayal and violation of the trust and faith a citizen <u>demands</u> from his elected government personnel and officers; and this simply cannot be allowed to remain unexamined and go unpunished.

Failure to immediately investigate and halt this repugnant corruption and abuse of government power will only serve as a precedent to 1) encourage future illegal "manipulations of the U.S. Mail" by the Department of Justice/Bureau of Prisons/GEO Services Residential Re-Entry Center"; 2) metastasize into other abusive acts and policies (official and unofficial) against citizens in the same situation; and 3) serve to corrode and eventually dissolve entirely any honor and compliance the U.S. Postal Service, and the federal government as a whole, expects to be paid to it by its citizens.

I sincerely hope such a pattern of U.S. Mail abuse by a federal agency is not codified as official policy, and that your office immediately contacts me for an official debriefing and filing of legal action in a federal court of law.

Respectfully submitted,

Scott Bennett
23 Railroad Ave, #23
Danville, CA 94526
925-856-7901
armypsyop@outlook.com